Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED

NOV 30 2020

RECEIVED

2020 NOV 30 P 1: 36

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

for the

District of Northern California

Division

Case No. CV20 8669

(to be filled in by the Clerk's Office)

|  |  |
|---|---|
| Alyssa Tai | ) |
| | ) |
| Plaintiff(s) | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
| | ) |
| | ) |
| Chandra Varanasi & His Rapist friends & craigslist & | ) |
| Equinix & facebook & United States Criminal Justice | ) |
| System | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

Jury Trial:   *(check one)*   ☐ Yes   ☒ No

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Alyssa Tai |
| Street Address | 70 Oneida Ave |
| City and County | San Francisco |
| State and Zip Code | CA |
| Telephone Number | 415 937 2990 |
| E-mail Address | lisav788@yahoo.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Chandra Varanasi |
| Job or Title *(if known)* | |
| Street Address | 165 Aurora Plz |
| City and County | Union City |
| State and Zip Code | CA 94587 |
| Telephone Number | 804 928 2996, 415 320 2299 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Craig Newmark |
| Job or Title *(if known)* | Owner of Craigslist |
| Street Address | 1381 9th Ave |
| City and County | San Francisco, |
| State and Zip Code | California, 94122 |
| Telephone Number | (415) 566-6394 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Harvey Spevak |
| Job or Title *(if known)* | Owner of Equinix |
| Street Address | 1 Lagoon Dr, |
| City and County | Redwood City |
| State and Zip Code | CA 94065 |
| Telephone Number | (650) 598-6000 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)*

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

It is a violation of the United States Constitution that the defendant(s) intentionally rape women at the Silicon Valley for pleasure and declaring free country free rape.

It violates the U.S. Constitution that all people are created equal and must be treated with respect.

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual
      The plaintiff, *(name)*   Alyssa Tai                                  , is a citizen of the
      State of *(name)*   United States

   b.   If the plaintiff is a corporation
      The plaintiff, *(name)*                                          , is incorporated
      under the laws of the State of *(name)*
      and has its principal place of business in the State of *(name)*

      *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The defendant, *(name)* _____, is a citizen of
the State of *(name)* _____. Or is a citizen of
*(foreign nation)* _____.

b.  If the defendant is a corporation

The defendant, *(name)*   Equinix   _____, is incorporated under
the laws of the State of *(name)*   California   _____, and has its
principal place of business in the State of *(name)*   California   _____.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the
same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at
stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

1. $100,000,000  The defendant hires a group of Indian rapists and support them in the bay
area with 6 figures of income at least in 2019.  During these time the rapists rape countless
women at the Silicon Valley.  But for the Defendant's negligent hiring, the Plaintiff would not
have suffered emotional and monetary damages such as inability to keep regular work hours
and constant pain and suffering of being sexually assaulted.

2. At least $1,000,000 goes to victim compensation fund for the victims that comes forth to
claim.

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the
facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was
involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including
the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and
write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Equinix negligently hires a group of Indian rapists as software engineers.  Defendant claims he works for a
reputable Equinix company and was compensated a 6 figure income inducing people to think that he has good
character.  As such, he ursurps the opportunity to attempt to rape me and to rape other women.  But for
Equinix's negligent hiring of these group of Indian rapists I and countless women will not be suffering life long
trauma with emotional pain and suffering.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1.  $1,000,000,000 since the Defendant negligently hires a group of rapists as software engineers to commit felony and didn't properly train them to conduct themselves reasonably.

2.  Injunction that the company must be more causious and monitor the Indian employees more strictly because they are more likely to have character issues.  The company should provide classes to train them to behave reasonably.

3.  Injunction that the company has to let go of the named Indian rapist employees and deport them back to India.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

RECEIVED

2020 NOV 30  P 1: 36

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

# UNITED STATES DISTRICT COURT

for the

District of Northern California

Division

|  |  |
|---|---|
| Alyssa Tai | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*  ☐ Yes  ☒ No |
| **-v-** | |
| Chandra Varanasi & His friends; craigslist; facebook; Equinix; United States Criminal Justice System | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

I.      **The Parties to This Complaint**

   A.      **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

|  |  |
|---|---|
| Name | Alyssa Tai |
| Street Address | 70 Oneida Ave |
| City and County | San Francisco |
| State and Zip Code | CA |
| Telephone Number | 415 937 2990 |
| E-mail Address | lisay788@yahoo.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Chandra Varanasi |
| Job or Title *(if known)* | |
| Street Address | 165 Aurora Plz |
| City and County | Union City |
| State and Zip Code | CA 94587 |
| Telephone Number | 804 928 2996, 415 320 2299 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Craig Newmark |
| Job or Title *(if known)* | Owner of Craigslist |
| Street Address | 1381 9th Ave |
| City and County | San Francisco, |
| State and Zip Code | California, 94122 |
| Telephone Number | (415) 566-6394 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Harvey Spevak |
| Job or Title *(if known)* | Owner of Equinix |
| Street Address | 1 Lagoon Dr, |
| City and County | Redwood City |
| State and Zip Code | CA 94065 |
| Telephone Number | (650) 598-6000 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Mark Zuckerburg |
| Job or Title *(if known)* | Owner of facebook or representative |
| Street Address | 1 Hacker Way Menlo Park, CA 94025 Address |
| City and County | Menlo Park |
| State and Zip Code | CA 94025 |
| Telephone Number | |

E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒  Federal question            ☒  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

It is a violation of the United States Constitution of all people are to be treated equally.   The defendant(s) intentionally rape women at the Silicon Valley for pleasure and declaring free country free rape.

Defendant's willful conduct is detestable and should be deported immediately.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)*   United States _____

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____

and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

b.      If the defendant is a corporation

The defendant, *(name)*      Facebook _____ , is incorporated under

the laws of the State of *(name)*      California _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ .

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy--the amount the plaintiff claims the defendant owes or the amount at stake--is more than $75,000, not counting interest and costs of court, because *(explain)*:

$1,000,000,000 Facebook has not conduct reasonable duty of care to protect each user.  For example, the defendant creates multiple accounts to harrass the plaintiff and to coerce plaintiff to have sexaul realtionship with him.  The plaintiff tried to report to Facebook but there is no known customer service.  After the defendant had sexually assault plaintiff, the defendant continues to create several accounts as pastor or other characters to try to convince plaintiff to have sexual realtionship with him which causes the plaintiff ongoing emotional distress.

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

1. Facebook owes the society a reasonable duty of care not to allow the criminals to use the site as an instrument to commit felony such as harrassing and raping women.  At the minimum, it should have the identity of the person sign up as airbnb to ensure people are accountable to their behaviors.

2. In my case, allowing guy to check out my profile as possible rape victim using feticious accounts is unreasonable.

3. In addition, the rapist continue to check my profile.  Even after he had sexually assaulted me.  He created several fictitious accounts attempting to connect with me and to convince me to have sexual relationship with him.

4. Furthermore, I wasn't able to find a customer service to report the attemtped rape case and the plaintiff is unable to identify who are the rapist accounts.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. $1,000,000,000 to make facebook accountable for their site and set up proper customer service to protect the users.

2. At least set up $1,000,000 goes to pay other identifiable victims as victim compensation fund

3. Injunction - Every account must register with a governmental id or school id.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff      _____
Printed Name of Plaintiff   _____

### B.    For Attorneys

Date of signing: _____

Signature of Attorney       _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Street Address              _____

State and Zip Code

Telephone Number

E-mail Address

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

RECEIVED

2020 NOV 30 P 1: 36

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

# UNITED STATES DISTRICT COURT

for the

District of Northern California

Division

|  |  |
|---|---|
| Alyssa Tai | ) Case No. |
| _Plaintiff(s)_ | ) _(to be filled in by the Clerk's Office)_ |
| _(Write the full name of each plaintiff who is filing this complaint_ | ) |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) Jury Trial: _(check one)_  ☐ Yes  ☒ No |
| _please write "see attached" in the space and attach an additional_ | ) |
| _page with the full list of names.)_ | ) |
| -v- | ) |
|  | ) |
|  | ) |
| Chandra Varanasi & His Rapist friends & craigslist & | ) |
| Equinix & facebook & United States Criminal Justice | ) |
| System | ) |
| _Defendant(s)_ | ) |
| _(Write the full name of each defendant who is being sued. If the_ | ) |
| _names of all the defendants cannot fit in the space above, please_ | ) |
| _write "see attached" in the space and attach an additional page_ | ) |
| _with the full list of names.)_ | ) |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| Name | Alyssa Tai |
|---|---|
| Street Address | 70 Oneida Ave |
| City and County | San Francisco |
| State and Zip Code | CA |
| Telephone Number | 415 937 2990 |
| E-mail Address | lisay788@yahoo.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.**     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Chandra Varanasi |
| Job or Title *(if known)* | |
| Street Address | 165 Aurora Plz |
| City and County | Union City |
| State and Zip Code | CA 94587 |
| Telephone Number | 804 928 2996, 415 320 2299 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Craig Newmark or Craigslist Representatives |
| Job or Title *(if known)* | Owner of Craigslist |
| Street Address | 1381 9th Ave |
| City and County | San Francisco, |
| State and Zip Code | California, 94122 |
| Telephone Number | (415) 566-6394 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Harvey Spevak  or Equinix Representatives |
| Job or Title *(if known)* | Owner of Equinix |
| Street Address | 1 Lagoon Dr, |
| City and County | Redwood City |
| State and Zip Code | CA 94065 |
| Telephone Number | (650) 598-6000 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

E-mail Address *(if known)* _____

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?   *(check all that apply)*

☒ Federal question               ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

It is a violation of the United States Constitution that the defendant(s) intentionally rape women at the Silicon Valley for pleasure and declaring America is rapists' heaven and uses free country, free rape as a slogan.

Equinix is the company that the defendant worked at the time of the defendant solicit plaintiff to rape her.  The defendant uses craigslsit as criminal instrument to advertise housekeeping job to solicit women to rape.  The defendant uses facebook to harrass and check the women's profile.  California criminal justice systeme just ignore any complaints.

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual
The plaintiff, *(name)*   Alyssa Tai _____ , is a citizen of the
State of *(name)*   California _____ .

b.   If the plaintiff is a corporation
The plaintiff, *(name)* _____ , is incorporated
under the laws of the State of *(name)* _____
and has its principal place of business in the State of *(name)* _____

_____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual
       The defendant, *(name)* _____ , is a citizen of
       the State of *(name)* _____ . Or is a citizen of
       *(foreign nation)* _____ .

   b.   If the defendant is a corporation
       The defendant, *(name)*   craigslist _____ , is incorporated under
       the laws of the State of *(name)* _____ , and has its
       principal place of business in the State of *(name)*   California _____ .
       Or is incorporated under the laws of *(foreign nation)* _____ .
       and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

   1.  $1,000,000,000 - Craigslist owes the society a reasonable duty of care not to allow the criminals to use the site as an instrument to commit felony such as harrassing and raping women.

   In my case, allowing guys to post housekeeping jobs without giving their state license information and implying rape is grossly negligent.

   After the plaintiff files complain the defendant continue with his privilege to advertise and conduct his criminal activities on craigslist.  Therefore, craigslist facilitate criminal activities and causes more victims to be harmed.

   My friend, Galina's son was murdered when he responded to an online advertisement to buy a used car for $3,000.  He disappeared and at night she dreamed of him calling her saying he was afraid.  Later, she found him murdered and inside the trunk of the car and the murderer took the money.

   2.  At least $1,000,000 victim compensation fund should go toward people who are victimized through interaction through craigslist.

### III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. The defendant uses craigslist as instrumentality to commit felony of rape. Craigslist ignores any complaints.

2. I saw a housekeeping job and applying for it. It turns out the guy means sex slave job. I reject it but nevertheless he attempted to rape me claiming that he has been raping countless girls and he can spot me as an easy target for rape.

3. According to the defendant's admission he and his has been raping women in the bay area for years and law enforcement never takes any action.

### IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. $1,000,000,000 punitive damages for not taking reasonable care of the public and consistently ignore any complain of the public.

2. Injunction - Cragslist must ask people state license information to prevent people from committing crimes.

3. Injunction - The rental and any post must state if sex is part of the bargain.

4. Cragslist must set up customer service and taking any complaint seriously.

### V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

1. The defendant uses craigslist as instrumentality to commit felony of rape. Craigslist ignores any complaints.

2. I saw a housekeeping job and applying for it. It turns out the guy means sex slave job. I reject it but nevertheless he attempted to rape me claiming that he has been raping countless girls and he can spot me as an easy target for rape.

3. According to the defendant's admission he and his has been raping women in the bay area for years and law enforcement never takes any action.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. $1,000,000,000 punitive damages for not taking reasonable care of the public and consistently ignore any complain of the public.

2. Injunction - Cragslist must ask people state license information to prevent people from committing crimes.

3. Injunction - The rental and any post must state if sex is part of the bargain.

4. Cragslist must set up customer service and taking any complaint seriously.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff

### B.    For Attorneys

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Signature of Plaintiff

Printed Name of Plaintiff          Alyssa Tai

**B.        For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

RECEIVED

2020 NOV 30 P 1: 36

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

# UNITED STATES DISTRICT COURT

for the

District of Northern California

Division

| | |
|---|---|
| Alyssa Tai | Case No. _____ |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint.* | Jury Trial: *(check one)*  ☐ Yes  ☒ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | |
| *please write "see attached" in the space and attach an additional* | |
| *page with the full list of names.)* | |
| **-v-** | |
| | |
| | |
| Chandra Varanasi & His friends; craigslist; facebook; | |
| Equinix; United State Criminal Justice System | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the* | |
| *names of all the defendants cannot fit in the space above, please* | |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I.  The Parties to This Complaint

#### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Alyssa Tai |
| Street Address | 70 Oneida Ave |
| City and County | San Francisco |
| State and Zip Code | CA |
| Telephone Number | 415 937 2990 |
| E-mail Address | lisay788@yahoo.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The defendant, *(name)*   Chandra Varanasi                          , is a citizen of
the State of *(name)*                                      . Or is a citizen of
*(foreign nation)*  India                               .

b.   If the defendant is a corporation

The defendant, *(name)*                                      , is incorporated under
the laws of the State of *(name)*                                      , and has its
principal place of business in the State of *(name)*                                      .
Or is incorporated under the laws of *(foreign nation)*                                      ,
and has its principal place of business in *(name)*                                      .

*(If more than one defendant is named in the complaint, attach an additional page providing the
same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at
stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

1. $1,000,000 - Everything he owns including the bitcoins investment he hides from IRS.  I
told him if he touches me then he will lose everything and be deported or he will be executed.
He didn't object.  Therefore, the contract term was affirmed.  Since he breaches the contract
terms, he has to compensate me according to our agreement.

In addition, I was traumatized and endure pain and suffering and couldn't work regular work
hours which results in income loss.

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the
facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was
involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including
the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and
write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

One day in Sept. I was very sick and the defendant harrassed me and offered to buy me soup. Because I was sick
and unable to drive, the Defendant picked me up from my home and transported me to his apartment.  There he
showed me porn videos and attempted to rape me.  He touched me every where and pull off my shirt.  Even
though I fought but because I was gravely illed I was overpowered by the Defendant rapist.

The Defendant claims that he and his friends rape countless girls over the years.  He says America is the rapists'
heaven, free country, free rape is his slogan.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1.  Everything the defendant owns including the bitcoins that he hides from the IRS because that is the contract between us.  I said, "If you touch me then you will lose everything and you will be deported or executed."  He didn't object.   He breaches our contract of not touching me.

2.  Injunctive relief that the Defendant and all his rapist friends all be deported or executed since they claim they rape countless girls at the Sillicon Valley for pleasure and the police can never catch them.

3.  All his rapist friends' property also belong to their rape victims and they can not take anything with them.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

RECEIVED

for the

2020 DEC -4 P 3: 32

District of Northern California

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

_____ Division

|  |  |
|---|---|
| Alyssa Tai | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*  ☐ Yes  ☒ No |
| **-v-** | |
| Chandra Varanasi & His friends; craigslist; facebook; Equinix; United State Criminal Justice System & India government | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Alyssa Tai |
| Street Address | 70 Oneida Ave |
| City and County | San Francisco |
| State and Zip Code | CA |
| Telephone Number | 415 937 2990 |
| E-mail Address | lisav788@yahoo.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)*   secy.president@rb.nic.in

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

It is a violation of the United States Constitution of all people are to be treated equally. The defendant(s) intentionally rape women at the Silicon Valley for pleasure and declaring free country free rape.

Defendant's willful conduct is detestable and should be deported immediately.

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual
   
   The plaintiff, *(name)* Alyssa Tai                                  , is a citizen of the State of *(name)*  United States                              .

   b.   If the plaintiff is a corporation
   
   The plaintiff, *(name)*                                  , is incorporated under the laws of the State of *(name)*                                  , and has its principal place of business in the State of *(name)*                              

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)* _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question               ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

It is a violation of the United States Constitution of all people are to be treated equally.   The defendant(s) intentionally rape women at the Silicon Valley for pleasure and declaring free country free rape.

Defendant's willful conduct is detestable and should be deported immediately.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Alyssa Tai _____ , is a citizen of the State of *(name)* United States _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,
and has its principal place of business in the State of *(name)* _____

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

b.    If the defendant is a corporation

The defendant, *(name)*    India _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)*    India _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

1. $1,000,000,000,000 - India as a nation has a duty to educate their citizen to respect women. The fact that so many Indians are in America raping women is equivalent to the India raping America. It is an assault and rape toward our country. These women are broken after they were being violated, when they marry their family will be broken and the America as a whole will be broken. Therefore, India as a nation should make amend to American citizen and compensate their victims.

This is a statement make by America that any country's citizen enters America who violates American citizen will be severely punished and deported. America may also declare war on them.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The land of America is suppose to be a land of dream. However, these rapists have make it a hell for countless women over years. I believe it is my calling to deliver countless oppressed and voiceless women from their abuse. This also includes women in India and people at any part of the world.

One day in Sept. 2019, I was very sick and the defendant harrassed me and offered to buy me soup. Because I was sick and unable to drive, the Defendant picked me up from my home and transported me to his apartment. There he showed me porn videos and attempted to rape me. He touched me every where and pull off my shirt. Even though I fought but because I was gravely illed I was overpowered by the Defendant rapist.

The Indian Defendant claims that he and his friends rape countless girls over the years. He says America is the rapists' heaven, free country, free rape is his slogan.

Indian citizen treating American citizen like prostitutes at their whim enrages the American citizen. Therefore, the Indian president or represnetives should make amend to American citizens.

Friends, please do not sleep while the evil is going on. The evil doers can't sleep if they don't commit crimes. Today your neighbor may be the victim. The next day, the evil doers may knock on your door. You, your wife, or your children may become a victim to their folly.

Countries like North Korea, China are inhumane and repugnant to the civilize countries and citizen. They should also repent and return to God or God's wrath will catch up with them. May the Lord bless His people and the land.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. $1,000,000,000,000 - The India government should compensate the plaintiff victim of sexual assault. This number is not make up whimsically but after careful seeking and praying to God.

2. India as a nation should make apology to American citizen especially to women of their wilful and repugnant conduct.

3. All rapists' property should be confiscated and they should be deported immediately and prosecute criminally after return to India and never be allowed into America.

4. In doing so, the America can make a statement to the rest of the world of it integrity. In the name of Jesus, I declare freedom of all from any oppressors and from people who feel privileged over others.

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:         12/04/2020

Signature of Plaintiff
Printed Name of Plaintiff      Alyssa Tai

### B.   For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

RECEIVED **UNITED STATES DISTRICT COURT**

2020 NOV 30 P 1:36

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

for the

District of Northern California

Division

|  |  |
|---|---|
| Alyssa Tai | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*  ☐ Yes  ☒ No |
| **-v-** | |
| White House & United States Criminal Justice System | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

# COMPLAINT FOR A CIVIL CASE

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| Name | Alyssa Tai |
|---|---|
| Street Address | 70 Oneida Ave |
| City and County | San Francisco |
| State and Zip Code | CA |
| Telephone Number | 415 937 2990 |
| E-mail Address | lisay788@yahoo.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.**      **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Chandra Varanasi |
| Job or Title *(if known)* | |
| Street Address | 165 Aurora Plz |
| City and County | Union City |
| State and Zip Code | CA 94587 |
| Telephone Number | 804 928 2996, 415 320 2299 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Craig Newmark |
| Job or Title *(if known)* | Owner of Craigslist |
| Street Address | 1381 9th Ave |
| City and County | San Francisco, |
| State and Zip Code | California, 94122 |
| Telephone Number | (415) 566-6394 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Harvey Spevak |
| Job or Title *(if known)* | Owner of Equinix |
| Street Address | 1 Lagoon Dr, |
| City and County | Redwood City |
| State and Zip Code | CA 94065 |
| Telephone Number | (650) 598-6000 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | White House and Criminal Justice System |
| Job or Title *(if known)* | President Joe Biden |
| Street Address | 1600 Pennsylvania Avenue |
| City and County | NW |
| State and Zip Code | DC 20500 |
| Telephone Number | |

E-mail Address *(if known)*

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

It is a violation of the United States Constitution of all people are to be treated equally.   The defendant(s) intentionally rape women at the Silicon Valley for pleasure and declaring free country free rape.

Defendant's willful conduct is detestable and should be deported immediately.

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual
      The plaintiff, *(name)*   Alyssa Tai                          , is a citizen of the
      State of *(name)*   United States                    .

   b.   If the plaintiff is a corporation
      The plaintiff, *(name)*                          , is incorporated
      under the laws of the State of *(name)*
      and has its principal place of business in the State of *(name)*

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

      The defendant, *(name)* _____ , is a citizen of

      the State of *(name)* _____ . Or is a citizen of

      *(foreign nation)*  India _____ .

b.    If the defendant is a corporation

      The defendant, *(name)*  United States Criminal Justice System , is incorporated under

      the laws of the State of *(name)* _____ , and has its

      principal place of business in the State of *(name)*  Washington DC _____ .

      Or is incorporated under the laws of *(foreign nation)* _____ ,

      and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

    The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

    $1,000,000,000 The defendant file a police report in Januray of 2020.  By December, they have not prosecute the defendant.  The defendant already moves and hides away.  The plaintiff contacted the attorney general of California in November through e-mail, he replied back, 'Just report to the police'.  In addition to reporting to the police and attorney general, I also reported to the White House and FBI and immigration department.  However, no one does anything to my attempted rape complaint.  It shows that the state of United States Criminal Justice system is grossly negligent by not performing its duty with reasonableness and in timely manner.  In sum, the United States Criminal System is grossly negligent and incompetant in protecting its citizen especially women.

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The Criminal Justice System of the United States is grossly negligent in not posecuting felon that commits rape which allow the rapists to rape more girls. Because of their negligence, in November the defendant hire someone to threatened the plaintiff to throw the plaintiff in jail. As a result, the plaintiff suffers panic attacks and is currently unable to go to work. The plaintiff takes December off to file a lawsuit to send the defendant rapists back to India.

On Januray 2020, the plaintiff report to the police that she has been sexually assaulted by the defendant. The police said they will investigate the case. By November, the plaintiff still has not heard anything and there is no sign of following up. The plaintiff contacted the attorney general but he threw back the request by replying just asked the police. In addition, the plaintiff reported her case to the White House, the FBI, and the immigration department to no avail.

It shows that they are grossly negligent in conducting their duty to protect the citizen. Therefore, the United States Criminal Justice System is liable to the defendant and other victims such as Richard Glossip, and Ivan Teleguz for not perform its duty timely and reasonably.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. $1,000,000,000 - According to our prayers, God suggests the plaintiff to sue each defendant corporation 1 billion U.S. dollars due to their gross negligence in conducting their duties which results sexual assault, pain and suffering for the plaintiff. This amount includes punitive damages so that in the future the defendants will be accountable and mindful in protecting regular citizen.

2. In addition, each corporation should set up a victim compensation fund for the victims suffer monetary or emotional damages.

3. The Criminal Justice System should perform its duty in prosecuting possible criminals and felons in a timely manner not until the statute of limitation has run.

4. The United States Justice System should set Ivan Teleguz and Richard Glossip free for they are innocent.

5. The president should appoint the plaintiff to lead the criminal justice system with the right to appoint criminal cabinet members such as Chris Mutebi.

4. In sum, the Lord suggests to demand each corporation defendant to pay $1,000,000,000 to the plaintiff and the individual defendant to pay $1,000,000 to the defendant and be deported back to India. May the Lord bless us!

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff        Alyssa Tai

### B.      For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address