UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALYSSA TAI,

　　　　　　　Plaintiff,

　　　v.

CHANDRA VARANASI, et al.,

　　　　　　　Defendants.

No.  C 20-08669 WHA

**ORDER RE RECENTLY MAILED SUBPOENAS**

　　　Plaintiff has mailed various subpoenas to the court.  She should please be aware of the *pro se* litigant handbook which explains what she needs to do and where to send documents.  It is available here: https://cand.uscourts.gov/pro-se-litigants/.  (She is directed to Chapter 8, which starts on page 18, and Chapter 16, particularly page 49.)

　　　**IT IS SO ORDERED.**

Dated:  January 7, 2021.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California