January 8th, 2021



**Table of Contents**

In the order of relative importance

1. Urgent Issues: To Halt the Execution of Richard Glossip, and the one name Smith in California

2. Summary of the Lawsuit from Time to Time

3. The Government has Compelling Interest to Monitor All Major Websites

4. The Law Enforcement Fails to Investigate and Prosecute

5. D suggests P to Take Cyber Security Classes and D's Hidden Motives

6. Rapists are on Craigslist and Facebook Searching for Women to Rape

20-CV-08669- WHA

Civil Action No. 20-CV-08669-WHA

January 7, 2021


Dear Honorable Justice,

**Urgent Issues:**

**Richard Glossip May be Scheduled to be Executed Any Time Soon but He is Innocent.**

Richard Glossip at Oklahoma may be scheduled to be executed any time but he is innocent.  The court has denied all the requests to give him another hearing.  Thus, it is crucial that his execution be halt immediately.

**California Death Row Inmate with the Name Smith is Innocent**

There is a California death row inmate with the name, Smith, is innocent.  I suspect it may be Gregory S. Smith.  My friend, Simon, when he was asleep, an angel of God came to tell him to stop Smith's execution because he is innocent.  Thus, all California death row inmates with the name Smith's execution should be halt immediately until further investigation or hearing is done.


Sincerely,



Alyssa Tai

Civil Action No. 20-CV-08669-WHA

January 7, 2021

Dear Honorable Justice Alsup,

<b>Summary of the P's lawsuit:  Tai v. Varanasi</b>

In order **not** to **waste** your time.  I will summarize my lawsuit from time to time so you can get a clearer picture.  As I may go off the topic from time to time because I have been writing to the White House, Federal Supreme Court, governor of several states, for over 10 years to free innocent inmates and to advocate justice in family and civil courts as well not receiving any salary but for the justice of the country.

1. **Rapist**:  In 2019, P and D individual had an oral contract if D is to touch her then D will **lose** everything and be **deported or be executed**.  D breaches their contract sexually assaulting P by pulling off her top and slept on top of her overnight saying he does this all the time with different women.  Therefore, D is to transfer all his property to P and be deported back to India. In addition, D states that the police know they are raping everyone everyday and the police don't care.  D even encourages the victims to report to the police to see if the police will ever do anything.  D's contempt of the U.S. justice system deserves punitive damage. **In sum**, D breaches their contract so D is to transfer all his property to the P and be deported back to India so he can't rape any more women in America.

2. **U.S. government**:  U.S. government fails to research about India's rape culture and sign numerous Indian rapists to the country to work.  As a result, they rape and sexual assault countless women and the P is one of the many victims.  Subsequently fails to conduct any investigation and prosecute the perpetrators and continues to allow the rapists to rape every women is criminal.  Thus, U.S. government is liable to the P's injury and subject to punitive damage as well. **In sum**, the U.S. government fails to research about India's rape culture, and signs numerous Indian rapists into the country.  They rape countless American citizen. Subsequently, the government didn't take any remedial measure and continue to allow the D to threaten their victims.  The U.S. government is liable to the P and all the rape victims alike for punitive damage as well.

3. **Craigslist and Facebook**:  They know that there are rapists on their sites but didn't do anything to stop the rapists.  They can simply block the rapist's IP address, so the rapists can't use their sites.  As such, they are facilitating the instrumentality for the criminals to commit crimes **indefinitely**.  The rapist says whenever he wants to rape someone just go on craigslist and facebook to search for target.  As such, they are liable to the D for her injury of sexual assault. **In sum**, they evade any social responsibility and only enjoy benefit of huge monetary gain which causes harm to countless people and the criminals persist indefinitely.  Thus, they are liable to the P for her personal injury and reputation damage.

Civil Action No. 20-CV-08669-WHA

January 7, 2021

4. **Equinix**: For Equinix, they fail to train their employee to be a law-biding citizen. At SFHCR, when the P started working, the company gave the P training about not to harass others and to report harassment to the authority. Equinix fails to train their employee or their subcontractors. As a result, their subcontractors sexual assault and rape countless women and cause social disorder. As such, Equinix is liable to the P. Subsequently, Equinix HR, Karen, said, the D doesn't work here anymore and just go away. She didn't address the problem and didn't take any remedial measures. There may be still Indian rapists in the company. As such, Equinix is liable for the P's injure and for causing social disorder.

5. **P's injure**: As a result of the sexual assault, P suffers physical injury from trying to stop D from sexual assaulting her. In addition, P suffers panic attack and P is afraid all the time that people will attack her. Since November of 2020, P is unable to go to work and stay in her room most of her time as she suffers depression and suicidal thoughts.

Since P is a children Bible teacher she likes to quote scriptures:

Learn to do good; seek justice, correct oppression; bring justice to the fatherless, and please the widow's cause.

Here, the P is being oppressed by the D. The D says the women is inferior and all of them deserve to be raped. When P was being sexually assaulted she was full or rage and the P has to channel her anger constructively such as filing lawsuit so other women will not be harmed. P sincerely asks the justice to deport all the indian rapists back to their country so they can not harm other American women. Because the Indian rapists say that American women are easy target to be raped. The Indian rapists compete who rape more women by saying things such as,'I rape more women last night. It encourages other rapists to find more women to rape. Their goal is just to rape more women. At leisure, they watch porn videos to learn different way of defrauding women to rape such as to give them massage and pulling their clothes off. They can't distinguish reality from the porn videos anymore. In the porn videos, the women are so excited to get rape so the rapists thought that all women enjoy being rape. As my spiritual friend, Simon, told me that India worship god of rape. I don't think I will ever be healed of my trauma but may it not happen to other woman. May the Lord bless America.

Sincerely,

Alyssa Tai
J.D. in Law
Children Prophets Teacher

January 8, 2021

Civil Action No. 20-CV-08669-WHA

Dear Honorable Justice Alsup,

**Government has Compelling Interest to Monitor All Internet Sites, such as Facebook, Craigslist, Whatsup, Ebay because They Have Been Taken Over by the Criminals**

**Everyone Goes on Craigslist to Look for Sex and to Rape; Therefore, the Government has Compelling Interest to Monitor Internet Sites Such as Craigslist, Facebook**

Cragsilst should monitor its site or the government has compelling interest to monitor the site to protect the public. As the D says that he always goes on craigslist and facebook to look for women to sexual assault and rape. One guy told me he goes on craigslist to look for women to have sex with him because it is free and the women are cleaner. The Indian rapist takes on another level to rape the women. Dear justice, you must deport all the Indian rapists. Their goal in life is to rape as many American women as possible. In addition, the police know but they don't care. In fact, all governmental agencies are sleeping, it can not be a coincidence that none of them didn't read my e-mails. As you can see I sent countless e-mail to all the governmental agencies yet none of them reply meaning that they are all irresponsible and just get pay and not do their jobs.

**Indian Rapists' Goal is to Rape as Many Women as Possible; Therefore, They must be Deported Immediately**

Indian rapists' goal in life is to rape as many American women as possible. They say that American women are easy target to rape because they don't understand India's rape culture. The Indian rapists are con artists. They pretend to be nice guys but they have very violent temper. They are very dangerous. The companies that benefit from their low wage in comparison to others must be punished and they must compensate the victims. The Indian rapists are very cunning because they rape countless women but it will be hard for the law enforcement to find any evidence. They must be deported immediately.

**Scammers go on craigslist, facebook, whatsup to Scam Money; Therefore, the Government has Compelling Interest to Monitor These Sites as Well**

This is a little side track, but African scammers go on facebook and whatsup to scam people's money everyday. If you go on **pastors help pastors** on facebook you will see countless people pretend to be pastors asking for donation. They ask every day and harassing you everyday. I was scammed over **$1,500** in the last 3 months by Facebook and Whatsup. You can not even report them because Facebook doesn't have a customer service, because they evade social responsibility. The users have no place to complaint to.

**Scammers are also on Ebay to Scam $$$**

The scammers will claim that the product is delayed. However, they will send you damaged goods and promise to replace it. However, they will never send you any replacement products. In some cases, they will never send you any products.

Case 3:20-cv-08669-WHA   Document 4   Filed 01/08/21   Page 6 of 31

1/7/2021                     Washington woman accuses Craigslist, major hotel chains of profiting from child sex trafficking | The Seattle Times

# The Seattle Times

**Crime**

# Washington woman accuses Craigslist, major hotel chains of profiting from child sex trafficking

Dec. 6, 2019 at 6:00 am | Updated Dec. 6, 2019 at 4:27 pm



By Mike Carter 🐦

*Seattle Times staff reporter*

A Western Washington woman who says she was forced into prostitution at age 12 and sex-trafficked for years before escaping at age 18 has sued San Francisco-based Craigslist and hotel chains Motel 6, Wyndham and Howard Johnson, alleging they knew their businesses were being used to promote, protect and profit from child rape and sexual exploitation.

In an 81-page complaint filed this week in U.S. District Court in Tacoma, the woman — identified by the initials M.L. — alleges that Craigslist and much of the hospitality industry have known for years that their services have been used by sex traffickers of children, but have not acted quickly or with conviction to address the problem. While in recent years these industries have moved to educate workers and cooperate with authorities to combat sex trafficking, the lawsuit alleges the effort amounts to lip service and is too little, too late.

The Washington case is one of a growing number of lawsuits targeting hotels and others in the hospitality industry, where sexual exploitation and trafficking have traditionally occurred relatively unchallenged. Similar lawsuits have been filed elsewhere, including in Atlanta and California, and M.L.'s attorney expects additional litigation in the future.

M.L. is seeking damages for negligence, outrage, criminal profiteering, sexual exploitation of children, unjust enrichment and civil conspiracy.

The lawsuit identifies four hotels in the SeaTac area and Kent where M.L. said she was kept by a pimp for weeks at a time and where staff knew or should have known she was a child sex slave. The lawsuit describes times where she says she was told by staff to "keep it down" after being raped, and instances where her room's trash was filled with



**TECHNOLOGY
& MARKETING
LAW BLOG**

Browse: Home » 2020 » September » Sex Trafficking Lawsuit Against Craigslist Moves Forward–ML v. Craigslist

# Sex Trafficking Lawsuit Against Craigslist Moves Forward–ML v. Craigslist

*September 13, 2020 · by Eric Goldman · in Content Regulation, Derivative Liability, Marketing*

In April, a magistrate judge issued a breathtaking ruling that Craigslist can be sued for sex trafficking torts, that Section 230 didn't support Craigslist's motion to dismiss, and that the statute of limitations might not apply even though the facts at issue took place in 2008 or before. Craigslist contested the magistrate report but makes no progress with the supervising judge.



### Section 230

Craigslist pushed back on the plaintiffs' allegations that Craigslist had been involved with creation or development of the sex traffickers' ads. The court says the following allegations sufficed to survive Craigslist's motion to dismiss:

> her complaint makes numerous allegations regarding craigslist's involvement in developing or creating the advertisements used to traffic Plaintiff—more than the plaintiffs in Chicago Lawyers' or in Dart. Plaintiff alleges that traffickers developed the advertisements in conjunction with craigslist's rules and guidelines. Plaintiff also alleges that the traffickers would pay a fee to craigslist so that the advertisement could be displayed in the "erotic services" section of the website. Plaintiff claims that craigslist facilitated and assisted traffickers and purchasers through its communication system, which allowed anonymous communication and evasion of law enforcement. Through craigslist's unique system, Plaintiff alleges that craigslist facilitated her trafficking and reaped financial benefits. Moreover, Plaintiff alleges that it was craigslist's policy that images on the "erotic services" section of the website were to be blurred and cropped and that traffickers used this policy to facilitate and further Plaintiff's trafficking. These allegations go beyond a mere assertion that craigslist contributed materially to Plaintiff's trafficking by having an "erotic services" section. Plaintiff rather asserts specific, concrete actions taken by craigslist that facilitated her trafficking.

Everyone agrees that Craigslist accepted paid advertising. Is the court saying that such services categorically don't qualify for Section 230? Because otherwise, exactly what "specific, concrete actions" did Craigslist take to facilitate the plaintiff's trafficking? A reminder what Doe v. Backpage.com, LLC, 817 F.3d 12, 22 (1st Cir. 2016) said on this point: "[C]laims that a website facilitates illegal conduct through its posting rules necessarily treat the website as a publisher or speaker of content provided by third parties and, thus, are precluded by section 230(c)(1)."

### Being Charged an In Fee?

**Just Answer Investigation**

Have you been charged or sent a without your consent? Contact us
sdlaw.com

**SUBSCRIBE TO BLOG VIA EMAIL**

Enter your email address to subscribe to this blog and receive notifications of new posts by email.

Email Address

Subscribe

Search this site...

**CATEGORIES**

- Adware/Spyware (188)
- Content Regulation (965)
- Copyright (711)
- Derivative Liability (1,154)
- Domain Names (159)
- E-Commerce (483)
- Emojis (31)
- Evidence/Discovery (143)
- General (158)
- Internet History (207)
- Licensing/Contracts (565)

12/27/2020                         Craigslist killers: 86 murders linked to popular classifieds website

# Craigslist killers: 86 murders linked to popular classifieds website





By Amber Stegall | April 6, 2015 at 2:41 PM CDT - Updated July 27 at 6:00 PM

(WAFB) - Law Street Media, a company launched in 2013, decided to take a deeper look into Craigslist to see how dangerous it really is. Since the arrest of Philip Markoff, aka the "Craigslist Killer" in 2009, the Craigslist website faced increased scrutiny.

The study by Law Street Media found 58 murderers and 45 murder victims connected to Craigslist postings since 2009. There are 22 murder cases still pending, according to the study. The oldest pending case is from 2012 and eight are from 2014.

Another group doing research on the same topic, Advanced Interactive Media Group LLC, says since 2007, there have been 86 killings in some way linked to Craigslist. Advanced Interactive Media Group has launched an initiative to encourage police stations to host Craigslist and other online transactions. The initiative is called Safe Trade Stations.

Law Street Media says Craigslist did not reply to multiple inquiries from them.

On mobile and want to see the slideshow? Click this link.

Below is the list of 58 people arrested in connection with some of the murders linked to Craigslist transactions.

PHILIP MARKOFF - Markoff committed suicide in jail waiting for his trial.

According to police, in 2009 Markoff met Julissa Brisman, 26, on a Craigslist ad for sensual massage in Boston. Markoff allegedly shot her on the 20th floor of the Marriott Copley Place Hotel.

JOHN KATEHIS - Convicted of 2nd degree murder during his second trial. He was sentenced to life with the possibility of parole in 2034.

Katehis met his victim, radio reporter George Weber, 47, through personal ads on Craigslist in NY in 2009. Katehis stabbed Webber 50 times in his apartment and claimed self defense during a bad S&M encounter during his trial

JOHN STEVEN BURGESS - Pleaded guilty to involuntary manslaughter, served 5 years in prison. He has been out on parole since July 2014.

Burgess, (registered sex offender) met victim Donna Jou through Craigslist in L.A., CA in 2009. Burgess claims he gave Jou drugs & alcohol & he woke up to find her dead in his home before panicking & disposing of her body, which has not been found

KORENA ROBERTS - Pleaded guilty to one count of aggravated murder, was sentenced to life in prison without parole.

Roberts met 21-year-old Heather Snively, in 2009 to sell baby clothes to the pregnant woman. Snively was hit up to 30 times, Roberts cut open Snively's abdomen and stole her fetus. Snively died of major blood loss.

TAMMI LAFAVE - Pleaded guilty to felony murder and is serving a 25-year sentence.

LaFave & her boyfriend Travis Zoellick met victim Haroon Khan, who was selling a car on Craigslist in WI. Zoellick stabbed Khan to death and hid the car in his garage. Zoellick committed suicide prior to arrest.

12/27/2020
Case 3:20-cv-08669-WHA   Document 4   Filed 01/08/21   Page 10 of 31
Craigslist killers: 86 murders linked to popular classifieds website

DAO XIONG - Convicted of 3 counts of murder, is serving a life sentence without the possibility of parole.

Xiong responded to a Craigslist ad posted by his victim, Youa Lor, who was selling his car in Lake Elmo, MN in 2010. While on a test drive, Xiong shot Lor and threw him out of the car before driving away.

BRANDON KENT - Pleaded guilty to murder and is serving a life sentence.

Kent met his victim, Thai Lam, who was selling a motorcycle in Georgia in 2010. Kent shot Lam in his garage before fleeing the scene on Lam's motorcycle. Police caught Kent nearly an hour later as he tried to leave his apartment.

NATHANIEL BRISCOE - Convicted of murder, serving a life sentence with parole as early as 2039

Briscoe met his victim, Amy Elizabeth Dickey, through her advertisements for sex on Craigslist in Austin, Texas in 2010. Briscoe strangled the woman to death before dumping her body outside in a field.

CHAD JOHNSON - Convicted of 2nd degree murder, serving a life sentence with th possibility of parole in 2035.

Johnson met Jennifer Papain, 26, through a prostitution ad on Craigslist. Johnson strangled Papain after she refused to give him an $80 refund. He buried her body in a shallow grave near his home.

DIANE WARRICK - Convicted of murder, serving a sentence of 31 years to life.

Warrick met her victim, Mary Jane Scanlon, 70, when she responded to a Craigslist ad for a caretaker. Warrick stabbed Scanlon to death in her bed, claimed she was hallucinating. Warrick has a violent history of robbery and hostage-taking in CO and CA

PHILLIP BOLDON - Convicted of murder and is serving a life sentence with the possibility of parole as early as 2040

Boldon's victim, 19-year-old Sarah Weyrick, posted a personal ad on Craigslist shortly after moving to Houston, TX in 2010 and being low on money. She was later found stabbed to death in her burning car and Boldon was arrested for her murder shortly after

DAVID SPARRE - Convicted of first degree murder and is on death row

Sparre met his victim, 21-year-old Tiara Poole, through a Craigslist personal ad in Jacksonville, Florida in 2011. After several days of communicating, Sparre met Poole and they drove to her home before he stabbed the woman to death and fled in her car.

ALEXANDER LYONS - Convicted of felony homicide and is serving a life sentence

Lyons and his accomplice, Lamar Clemons, met up with their victim, 19-year-old Johnathan Clements, under the guise of selling him a phone in Detroit, Michigan in 2011. Instead, Lyons shot Clement and fled the scene in a car driven by Clemons.

LAMAR CLEMONS - Convicted of felony homicide and is serving a life sentence

Alexander Lyons and his accomplice, Clemons, met up with their victim, 19-year-old Johnathan Clements, under the guise of selling him a phone in Detroit, Michigan in 2011. Instead, Lyons shot Clement and fled the scene in a car driven by Clemons.

LATOYA JORDAN - Guilty of 1st degree murder, sentence to life without parole

Jordan met Somerson on Craigslist in Florida, where the 53-year-old man was looking for a relationship. Jordan admitted she stabbed him 30 times, four days after moving in with him because he was going to kick her out and she didn't want to be homeless.

DRATON MARES - Convicted of first degree murder and is serving a life sentence without parole

Mares met 42-year-old Thomas Bashline thru a personal ad on Craigslist. Mares shot Bashline in the back of the head and drove off in Bashline's car after defense attorney's said Bashline made derogatory remarks and became aggressive.

RICHARD BEASLEY - Convicted of 3 counts of aggravated murder, attempted murder and is currently on death row

Beasley and his 16-year-old accomplice Brogan Rafferty, placed ads for farmhand jobs in order to lure men to a cattle ranch in Ohio in 2011. They shot and killed their victims Ralph Geiger, David Pauley, and Timothy Kern, and another man who survived.

BROGAN RAFFERTY - Guilty of three counts of aggravated murder and one count of attempted murder and is serving a life sentence

12/27/2020
Case 3:20-cv-08669-WHA   Document 4   Filed 01/08/21   Page 12 of 31
Craigslist killers: 86 murders linked to popular classifieds website

Rafferty and his 53-year-old accomplice, placed ads for farmhand jobs in order to lure men to a cattle ranch in Ohio in 2011. They shot and killed their victims Ralph Geiger, David Pauley, and Timothy Kern, and another man who survived.

RASHON ABERNATHY - Convicted of murder and is serving a 50-year sentence

Abernathy and his accomplices, Shaquille Jordan and Seandell Jones, set up a meeting in San Diego, California with their victim, Garrett Berki, under the guise of selling the 18 year old a laptop for $600 that they advertised on Craigslist in 2011.

SHAQUILLE JORDAN - Convicted of murder and is sentence to 25 years to life in prison

Once there, the three 17 year olds robbed Berki and his girlfriend of their cash and phones before fleeing. Berki drove after the trio in order to get their license plate number; however, Abernathy shot and killed Berki during the pursuit.

SEANDELL JONES - Convicted of murder and is serving a sentence of 25-years to life

Berki drove after them to get the license plate number before he was shot by Abernathy.

KIYOSHI HIGASHI - Convicted of 1st degree murder, 1st degree burglary, serving 109-year sentence.

Higashi and his accomplices, Joshua Reese, Amanda Knight, and Clabon Berniard, met their victim, through a Craigslist ad in Edgewood, Washington that Sanders had placed in an effort to sell a ring in 2011.

JOSHUA REESE - Convicted of murder and sentenced to 100 years in prison

The group staged a violent home invasion while Sanders and his family were home; Sanders was shot to death in front of his wife and children.

AMANDA KNIGHT - Convicted of first degree murder and is sentenced to 71 years in prison

CLABON BERNIARD - Convicted of murder and sentenced to 124 years in prison; however, his conviction was overturned on appeal in June 2014 and he is awaiting a new trial.

TIMOTHY SMITH - Convicted of murder and sentenced to 50 years in prison

Smith and his prostitute wife met Kurt Milliman through a personal ad on Craigslist. Milliman

12/27/2020
Case 3:20-cv-08669-WHA   Document 4   Filed 01/08/21   Page 13 of 31
Craigslist killers: 86 murders linked to popular classifieds website

went to Smith's house. The Smith's called police to report Milliman was unwanted on their property. When police arrived, Milliman was shot in the torso

ALI CUBBA - Convicted of second degree murder and is serving a 15-year sentence

Ali Cubba met the victim, 48-year-old Yuri Ives, through Craigslist. Cubba, who was a 17-year-old high school senior at the time of the murder, admitted to meeting Ives at his home and both shooting and stabbing him to death.

AVERY CORNUELLE - Convicted of second degree murder and is serving a 25-year sentence

Cornuelle and accomplice Peyton McAnelly met their victim, Joseph Givens, through an alternative lifestyle ad on Craigslist in O'Fallon, Missouri in 2012.

PEYTON MCANELLY - Charged with second degree murder, armed criminal action, and attempted robbery

The three men met up; however, Corneulle and McAnelly allegedly stabbed Givens to death when their attempted robbery went wrong.

JADE HARRIS - Trial was originally scheduled to begin December 2014. The case has not gone to trial.

Harris met a couple selling a Camaro on Craigslist. When he didn't see the vehicle, he allegedly shot and killed them, and forced a third victim to drive to see the car. He then allegedly shot her in front of her son. He shot the son, but he survived.

BILLY JOE DELACEY - Pleaded guilty to manslaughter in order to avoid a possible life sentence

Delacey met his victim, 26-year-old Luis Alberto Vasquez Oliva, through personal ads the victim posted to Craigslist for male massages. Oliva was found dead in his apartment with multiple head wounds from a hard object.

STEVE LEWIS - Convicted of second degree murder and aggravated robbery. Sentenced to 24 years in prison.

Lewis met his victim through a Craigslist ad in MN. Lewis claimed to have an iPhone for sale in 2012, but left it at home and they should go get it. Lewis pulled a gun on the couple demanding money, and said the gun went off on accident, killing Bo.

ALI SALIM - Convicted of two counts of involuntary manslaughter, one count of rape, one count

of tampering with evidence, and one count of abuse of a corpse, and was sentenced to 36 years in prison.

Salim placed an ad wanting someone to clean his house. A 23-year-old pregnant woman responded. He gave her a lethal dose of heroin. Her body was found in her car in the woods. Convicted of manslaughter, rape, abuse of a corpse, and tampering with evidence

CHRISTOPHER BEACHUM - Charged with murder

Beachum allegedly met Gerald Canepa in Dallas in 2013. They arranged to meet for sex, but Beachum allegedly stabbed and strangled Canepa to death before stealing various electronics from his home and fleeing from the scene.

JQUAN SCOTT - Charged with murder

According to police, Scott and accomplice Isaac Williams met victim William Apps under the guise of purchasing a truck that William Apps had advertised on Craigslist. Apps was later found dead with a gunshot wound to the neck

ISAAC WILLIAMS - Charged with murder

According to police, Williams and accomplice Jquan Scott met up with victim William Apps at a Hardees restaurant in Charleston, South Carolina in 2013 to purchase the truck that Apps had advertised on Craigslist.

TRYON KINCADE - Charged with murder and robbery

According to police, Kincade and his brother Tyshaune Kincade lured in their victim, James Vester, with a Craigslist advertisement for an iPad. They allegedly shot and killed Vester, running away with his phone and car keys, after arranging to meet in IN.

TYSHAUNE KINCADE - Charged with murder and robbery

According to police, Kincade and his brother Tryon Kincade arranged a meeting with James Vester after he responded to their Craigslist post to sell an iPad. The brothers allegedly shot Vester and fled from the scene after taking his car keys & phone.

CHRISTINA GUFFEY - Charged with murder

According to police, Guffey and her boyfriend, Christopher Jordan Johnson, met victim Timothy

Keith Radford through a Craigslist ad she placed in 2013. Guffey and Jordan allegedly robbed Radford's home after Johnson shot him to death.

CHRISTOPHER JOHNSON - Charged with murder

According to police, Johnson, a convicted sex offender, and his girlfriend, Christina Guffey, met victim Timothy Keith Radford through a Craigslist ad that Guffey posted in 2013. The couple met Radford at his home where he allegedly shot him to death.

TERRANCE DENT - Charged with murder

According to police, Dent met victim Jevon Nathan Freeman when he responded to Freeman's Craigslist advertisement selling an iPhone. When they met up, Dent allegedly shot Freeman to death before giving the gun to a friend.

DOMINIQUE CLANTON - Charged with murder and robbery

According to police, Clanton and accomplices Bryant Dowdy and Eric Clanton met victim Nishant Patel in Indianapolis, Indiana in 2013 through a Craigslist ad in which Patel advertised a phone for sale.

BRYANT DOWDY - Charged with two counts of murder and one count of robbery

Patel met the trio but was robbed and shot to death. Dowdy reportedly also shot and killed Eric Clanton and shot Dominique Clanton in an effort to eliminate witnesses.

MIRANDA BARBOUR - Charged with two counts of murder and one count of robbery

Barbour and her husband, Elytte Barbour, met up with their victim, Tony LaFerrera, through a Craigslist ad offering companionship for cash. Miranda stabbed LaFerrera multiple times and Elytte strangled him with a cord before dumping his body.

ELYTTE BARBOUR - Convicted of murder and is serving a life sentence

Barbour and his wife Miranda Barbour met their victim, Tony LaFerrera, through a Craigslist ad offering companionship in exchange for money. Miranda stabbed LaFerrera multiple times and Elytte strangled him with a cord before dumping his body.

GREGORY LEWIS - Charged with murder

According to police, Lewis met victim Rene Filsfdelfo Leiva Archila when the 44 year old responded to Lewis' Craigslist ad selling a car on Halloween. Lewis allegedly shot Archila to death.

THOMAS COFFEE - Charged with murder

Coffee and his victim, 27-year-old Daniel Cook, met up so Cook could look at the vehicle that Coffee had advertised on Craigslist in 2013. Upon meeting, however, Coffee attempted to rob Cook and ended up shooting him in the face.

CHRISTOPHER DYSON - Charged with murder and armed robbery

According to police, Dyson met victim Thomas Mastro in Tinley Park, Illinois in 2013 through aCraigslist ad to swap electronics. Dyson allegedly planned to rob Mastro of his Playstation 3 and Playstation Vita, and in the process shot the man in the chest.

MARKELL THOMAS - Charged with murder, attempted murder, robbery and gang allegations.

According to police, Thomas and accomplice Ryan Roth met their 41-year-old victim Rene Balbuena after posting a Craigslist ad to sell a cellphone.Thom as and Roth allegedly attempted to rob Balbuena when they met, but shot him to death in front of his son.

RYAN ROTH - Charged with murder, attempted murder, robbery and gang allegations.

According to police, Thomas and accomplice Ryan Roth met their 41-year-old victim Rene Balbuena after posting a Craigslist ad to sell a cellphone.Thom as and Roth allegedly attempted to rob Balbuena when they met, but shot him to death in front of his son.

WALTER COLLINS - Charged with murder

According to police, Collins along with Martiness Henderson and Brandon Vance, met up with victim Larry Wilkins in Memphis to buy a vehicle. Henderson admitted to police that he shot Wilkins, and Collins admitted that he was getaway driver.

MARTINESS HENDERSON - Was 17 at the time of the murder, is charged with first degree murder and will be tried as an adult.

According to police, Collins along with Martiness Henderson and Brandon Vance, met up with victim Larry Wilkins in Memphis to buy a vehicle. Henderson admitted to police that he shot Wilkins, and Collins admitted that he was getaway driver.

BRANDON VANCE - Charged with first degree murder

According to police, Collins along with Martiness Henderson and Brandon Vance, met up with victim Larry Wilkins in Memphis to buy a vehicle. Henderson admitted to police that he shot Wilkins, and Collins admitted that he was getaway driver.

DUWAYNE LEWIS - Charged with felony murder

According to police, Lewis and his friend Jason Mageau — the victim — met up with 30-year-old Dermaine Spencer. Lewis and Mageau planned to rob Spencer; however, when Mageau attacked Spencer with a gun, Spencer grabbed his own and fatally shot Mageau.

TYRELL YOUNG - Charged with criminal homicide

According to police, Tyrell Young met victim Eric Ervin at Ervin's business in order to look at a car he had advertised on Craigslist. Ervin was reported missing later that night and police found him shot to death. Young was found driving the car.

GRANT VAN MUREN - Charged with murder

According to police, Van Muren met Charles Clark when he responded to Clark's Craigslist ad for a roommate. The 2 men reportedly were sexually involved before Van Muren allegedly strangled Clark to death in his home.

JUSTIN ANTONIO BUTLER - Charged with murder and burglary

According to police, Butler and accomplice Terry Renee McClure met victim Tycus Toland at his home in Lexington County, South Carolina in 2014 to discuss a car he had for sale on Craigslist. Toland was shot to death and his brother was critically wounded

TERRY MCCLURE - Awaiting extradition to Lexington County, South Caroline to face murder charges.

According to police, McClure and accomplice Justin Antonio Butler, met victim Tycus Toland at his home in Lexington County, SC in 2014 when they responded to his Craigslist ad selling his vehicle. During the meeting, Toland was shot to death

*Copyright 2015 WAFB. All rights reserved.*

Sponsored Stories

## Do This Immediately If You Have Diabetes (Watch)

protechmarket.club

## [Photos] Pat Sajak's Daughter Looks Like Her Iconic Mom

Chocolate.com

## The Most Successful Lawyers In San Francisco. See The List

Find Attorney | Sponsored Links

## The 10 Best Haircut Trends for Women
AARP

## The New 2020 Volkswagen Tiguan Is Turning Heads
Luxury Auto | Sponsored Listings

## Here's What New Dental Implants Should Cost in 2020
Dental Implants - Sponsored Listings

## Sponsored Content

[Pics] Man Mistook This Animal For A Beaver During Rescue Trend Chaser

[Pics] He Grew His Dreadlocks For Years... When He Cut Them, This Was Revealed Affluent Times

Search For Best Mattresses 2020 - Heres What It Might Cost You! Yahoo! Search

Meet Jay Leno's Gorgeous Husband paydayville

How To Entirely Empty Your Bowels Each Morning (1 Min Routine) Your Gut Reboot

## We Recommend

BRPD searching for suspect in Gus Young robbery

Road near Nashville closed over suspicious truck

Lawmakers say COVID-19 relief bill won't offer $1,200 checks

Baton Rouge man arrested for soliciting a minor

Fri., Dec. 18 - 9News This Morning



56°  🌙

Currently in
Baton Rouge, LA

FULL FORECAST

Sponsored By

## RECENT CONTENT



▶ Auto insurance rates to rise after discounts end

Your next auto insurance bill may look a little different because a discount most companies started giving earlier this year is ending.

By Donovan Jackson

By Donovan Jackson



▶ FIRST ALERT FORECAST: A few strong storms possible New Year's Eve

The weather will be relatively quiet as many head back to the daily grind. Temperatures will be trending warmer in the coming days.

By **Jeff Morrow**

ONE-STOP-SHOP: Stats, links related to COVID-19

Published 11:52 AM at 11:52 AM



▶ 31-year breast cancer survivor safely celebrates her 100th



birthday with family and friends

Published December 26, 2020 at 6:44 PM



Space heater may have caused house fire on Melrose Blvd

Published December 26, 2020 at 5:57 PM



Former Governor Edwin Edwards undergoing tests in Shreveport

Published December 26, 2020 at 5:11 PM



844 Government Street
Baton Rouge, LA 70802
(225) 383-9999

CONTACT US ▷

WAFB FCC PUBLIC FILE
PUBLICFILE@WAFB.COM
(225) 215-4703
FCC APPLICATIONS
EEO REPORT

12/27/2020

Case 3:20-cv-08669-WHA   Document 4   Filed 01/08/21   Page 23 of 31
Craigslist killers: 86 murders linked to popular classifieds website

LLG MLI UN?
CLOSED CAPTIONING
WAFB CAREERS

PRIVACY POLICY
TERMS OF SERVICE

 

A Gray Media Group, Inc. Station - © 2002-2020 Gray Television, Inc.

Civil Action No. 20-CV-08669-WHA

January 8th, 2021

Dear Honorable Justice,

**The Law Enforcement Fails to Investigate Sex Offenses Meaning that More Women Will Be Harmed**

The law enforcement's not investigating any sexual offenses meaning that the sex offenders will sexual assault and rape more women.  Applying to my case, the D told me that he and his friends have been raping women in America for years and police don't even care.  Even though, I told him that rape is a felon, they still keep competing and brag about raping women.

### The Police and the Attorney General of California Needs to be Fire for Consistently Refuse to Investigate

For over a year, the P keeps pushing police and the attorney general to investigate the serial rapists but they keep ignoring the P.  It means whenever someone asks them to investigate any sex related offenses they will consistently ignore it until the statute of limitation runs so they don't have to deal with it.  It means they are irresponsible.  As such, they should be fire immediately and replace with someone who is willing to do some work.

### The FBI, Immigration Authority, White House All Didn't Do Anything for Over A Year; Therefore, Our Government Fails Us

If our government does anything at all, the rapists would not have been here anymore.  The fact that the rapists keep threatening me meaning they are still here and not being investigated and deported.  Our government fails us.

#### Our Government Executes the Innocent People and Set the Guilty Free

In 2015 Brian Terrell was executed.  Brain Terrell is innocent.  On that day I was studying for my exam and after that he was executed.  Afterwards, I have decided never to count on anyone to help these innocent inmates I will help them.

### Richard Glossip and Ivan Teleguz and Many Other Inmates Are Innocent; We Must Give Them Another Trial or Set Them Free Immediately

I will keep repeating, Richard Glossip and Ivan Teleguz are innocent and they should be free men like yesterday.

#### Liability of the Government

### Because U.S. Government Signs These Rapist Demons Into the Country; As a Result Countless Women are Being Rape. Therefore, the U.S. Government is Liable

Because the U.S. government signs these rapist demons into the country and they sexual assault and rape countless women including me, the government is liable.  If the government did some reasonable research, the U.S. government should know they are rapist demons and they will rape indefinitely with the help of the websites.  Subsequently, the rape demons are still here to harm and threaten us.  Thus, U.S. government is to pay punitive damage to the P and other victims as well.

Civil Action No. 20-CV-08669-WHA

January 8, 2021

Dear Honorable Justice Alsup,

### D Suggested We Take Cyber Security Class from Berkeley or Stanford so He can Attract More Women to Rape Them

The D initially pretended to be nice and even suggested I study cyber security to be a better lawyer. However, he says, he wants to take classes at Berkeley or Stanford so he can attract more women to rape them. Therefore, immediately I contact Berkeley and Stanford IT department not to ever take him into their schools. As you can see, I write to all the schools that he is possibly interested in. I know he will offer to teach women computer to rape them as he says everything he does just to find opportunity to rape women. He says he enjoy raping all the women because they are inferior and all deserve to be rape. Therefore, in order to protect other women I have to let them know what is his motives. However, subsequently I reported him to every authority I can think of just to stop him from harassing me sexually. What we need to do is to list him as sex offender so no one can be harmed by him again. However, the police are too lazy to investigate so we need to deport him as soon as possible so he can't rape any more women and force them to give him money as well. I gave him $100. But after that I filed a police report so he can't contact me anymore.

If you are a wise and good judge, you know that I am telling the truth that he sexual assault and rape countless women over the years. You can judge by circumstantial evidence. However, if you are a bad judge then you will find a way to set him go free. I believe you are a wise and good judge and I pray for you for your discernment.

**Evidence**: E-mail I wrote to Berkeley not to take him into their cyber security classes or any IT classes at all!

Re: The World Needs Cybersecurity Heroes. Here's Why →

From: Lisa Y (lisay788@yahoo.com)

To:    hello@bootcampspot.com

Date: Thursday, December 26, 2019, 06:12 PM PST

Hi,
Please don't admit this sex offender, Chandra Varanasi 804 928-2996.  He says he wants to get a degree from Berkeley
to enable him to meet more girls and have sex with them.  He claimed to help me computer but instead he sexually
assaulted me.  I already report him to the local police for sex offense.

Thanks,

Alyssa

On Monday, September 23, 2019, 11:42:41 AM PDT, Boot Camp Admissions <hello@bootcampspot.com> wrote:

Hi Alyssa,

Cybercriminals will steal an estimated 33 billion records by 2023*—but did you
know that there are over 300,000 unfilled cybersecurity jobs in the nation? The
supply of cybersecurity workers is very low in spite of rising cyber threats, which
means there is a huge demand for skilled workers in this industry. Here's where our
24-week Cybersecurity Boot Camp helps to bridge that gap.

Valuable tools like Cyber Seek provide detailed, actionable data about the supply
and demand of this industry.

**View cybersecurity job openings with this interactive heat map:**

**Seize the opportunity!** Schedule a call with an advisor to learn more. If you prefer,
you can chat with us live right now.

Schedule a Quick Call



BONUS: With enrollment into the program, you'll also receive a complimentary test-prep course and voucher to take the CompTIA Security+ certification exam. Both are valued at over $530. CompTIA Security+ is a global certification that validates the baseline skills you'll need to pursue a career in cybersecurity.

*Norton*

Copyright ©2019. All rights reserved.

**Berkeley Cybersecurity Boot Camp**

Trilogy Education Services, LLC.

31 East 32nd Street Suite 1202

New York, New York 10016

www.trilogyed.com

You're receiving this email because you requested program information for Berkeley Cybersecurity Boot Camp. If you'd prefer, you can unsubscribe.

refld: 00Q3f000001P88PEAS|

## Re: Don't take him into your school

From: Lisa Y (lisay788@yahoo.com)

To:    vrchandrakanth@gmail.com

Cc:    jnowell@cybersecurity.berkeley.edu

Date:  Saturday, December 21, 2019, 12:34 PM PST

Ram,

I already file a police report against you for sexual assault.  Please check with the police department.

Alyssa

Sent from Yahoo Mail on Android

On Sat, Dec 21, 2019 at 6:46 AM, Chandra Varanasi
<vrchandrakanth@gmail.com> wrote:

Alyssa,

Please take your medicine for your schizophrenia and Bi-Polar disorder. Your family and all of us are concerned about you.

Please take your medication. We want what is best for you. Take care.

Regards
Ram

On Fri, Dec 20, 2019 at 07:29 Lisa Y <lisay788@yahoo.com> wrote:

Jesse,

Please don't take this guy into your campus.  He will say he wants to give every girl a message but he will sexually assault everyone.  He doesn't take no for answer.  He says he can't control himself.  He needs to have sex every week.  I already report him to the immigration authorities to deport him.  He and his friends are all like that.  These Indian guys are so sick!

Thanks,

Alyssa

On Wednesday, December 18, 2019, 09:12:12 AM PST, Lisa Y <lisay788@yahoo.com> wrote:

Sent from Yahoo Mail on Android

On Thu, Nov 21, 2019 at 2:52 PM, Chandra Varanasi
<vrchandrakanth@gmail.com> wrote:

Hi Alyssa,

How are things with you? Hope you're doing good. Have you enrolled into Berkeley MICS program yet?

Let me know the procedure. Thank you

Regards
Ram


--
Regards,
Rama
+1-804-928-2996


--
Regards,
Rama
+1-804-928-2996

January 8th, 2021

Civil Action No. 20-CV-08669-WHA

Dear Honorable Justice Alsup,

I hope you don't mind I write to support my case from time to time.  It is easier for me to do it this way.  However, I will summarize my lawsuit from time to time so hopefully it is easier for you to see a clearer picture.  Here, I want to discuss about Indian rapists' character and how they search their target to rape.  Then I will discuss about how the women are being affected.  Then about what we should do to stop their behavior.  Because they are getting benefit by raping women indefinitely and also forcing women to give them money.  I report to the various authority to get away from the rapist.

### Indian Rapists' Character

I will describe Indian rapists' character to you so you can get a better understand of their bad and criminal characters.  This is their daily routine.  In the morning, when they are working from home, they use 2 computers.  One for work and one for personal use.  The personal computer, he uses to watch porn and learns different ways to trick women into having sex with him such as given them massage and pull their clothes off, etc.  They don't even wear pants at home.  While they are working at home, they keep searching on craigslist and facebook for women to rape.

### Rapists are on Craigslist Searching for Women Who Are Renting A Place

The rapist offers a woman cheap rent to share a house or a room in hope to rape her.  However, the rapist will say that I don't touch woman and pretend to be nice.  One day, the rapist explodes, he says, everyone on craigslist is looking for sex or to rape women don't you know?  Are you stupid?  I told the rapist it is not going to work and ran away.  Subsequently, he apologizes and offers to buy me lunch only to try to pull off my top to sexual assault me.  They are so cunning to apologize for their out of line behavior so they can rape you when you are less expected.

### Rapists also Post Adv. to learn Chinese

One time I saw an adv. about someone wants to learn Chinese and I responded.  Instead, he asked for sexual favor.  Now, I know the rapists told me all the guys go on craigslist to look for sex and to rape women is true.

### The Women That Are Sexually Assaulted or Raped didn't Know What to do Because Police don't Care

The women who are raped or gang raped didn't even know the rapists' true identity and they have no one to complain to.  I remember years ago several of my friends were raped and gang raped and they were so furious but didn't know what to do and who to complain to.   They were raped by the Silicon Valley Chinese Engineers.

January 8th, 2021

Civil Action No. 20-CV-08669-WHA

**I want to Make A Statement that Sexual Assaulting or Raping Women is not Funny and It Will Cost Them Everything**

I have warned the Indian rapist several times don't touch me but he says he has been raping countless women and the police don't care.  I didn't contact him until he offers to take me to lunch then he sexually assaulted me.  I want to show him that it will cost him everything and it should.  He is possessed because he says that women should appreciate him for raping them.  Afterward, he keeps trying to convince me that not having sex life is wrong.  Please deport these sick Indian rapists.