Civil Action No. 20-CV-08669-WHA                                           January 18th, 2021

**Message from the Lord deliver by Prophet Simon**

**Modify by Alyssa Tai (words in italicize are from Dr. Tai)**

This is a good message from the Lord although at some parts it breaks the hearts of people.

I want to talk about an American company called Craigslist. Craigslist is a good company, it provides jobs to many, it feeds peoples homes it helps to boost the economy of not only Americans but also other Nations. By providing employment opportunities for people in different ways and different walks of life.

Well, they have been good because they don't only employ individuals, but also advertise for other companies in different Nations.

But there is a vice developing on daily basis in that company.

It's eating souls slowly as if there no authorities! It's like no one cares.

And no one is caring indeed!

The criminal behaviors of sexual harrasment and rape against vulnerable women and girls is rampant. When no one seems to be thinking about it. (*Such as guys who want to have sex or rape women go on craigslist to look for victims.  Therefore, there must be severe punishment for it will persist indefinitely.  As the D says that America is the rapists' heaven, it implies as follow.  (1) convenient rape victims accessible; (2) police don't care; (3) no consequence for them; in some cases they even force women to give them money as in my case; (4) they may continue to threaten the victim.  P is lucky to escape by reporting to the authority but how many women can escape.  Remember D has a J.D. and clinical psychology degree and is a Bible school teacher.*)

My heart melts when I see a lady Dr. ALYSSA TAI struggling to see and do something about the bleeding female victims of the rape and sexual harrasment.

As there no others who can feel the same pain, this company Craigslist through their employees, they even have the participants of these crimes within.

And then some of the advertisements they make do promote acts of sexual harassment, which train and encourage the criminals to commit more crimes against Vulnerable Mothers of the Nations.

But if the executive, the judiciary and the clergy don't do something reasonable again this rampant developing crimes against Women and girls. It will not end easily. It is our uninemacy (?) responsibility to fight and end this, I know some of the entity I may have mentioned here are so important to the growth of the economy. But we shouldn't forget that without Mothers of the nations we shall not also be blessed.

All ladies and gentlemen in offices raise up to fight against Rape and sexual harrasment.

Let the victims receive Justice.

As we thank Dr. Alyssa Tai for the Struggle.

RECEIVED
JAN 21 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA