**McGuireWoods LLP**
Kerri H. Sakaue (SBN 301043)
Email: ksakaue@mcguirewoods.com
1800 Century Park East, 7th Floor
Los Angeles, CA 90067-1501
Telephone: 310.315.8200
Facsimile: 310.315.8210

Attorney for Defendant
EQUINIX, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

ALYSSA TAI,

Plaintiff,

v.

CHANDRA VARANASI, et al.,

Defendants.

CASE NO. 3:20-cv-08669-WHA

**DECLARATION OF KERRI H. SAKAUE IN SUPPORT OF DEFENDANT EQUINIX, INC.'S ADMINISTRATIVE MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

**DECLARATION OF KERRI H. SAKAUE**

I, KERRI H. SAKAUE, declare:

1. I am an attorney duly admitted to practice before this Court and all courts of the State of California. I am an Associate with McGuireWoods LLP, attorneys of record for Defendant Equinix, Inc. ("Equinix") in the above-captioned action. The following information is true and of my own personal knowledge. If called as a witness, I could and would testify competently and truthfully to the same. I am over 18 years of age.

2. Plaintiff Alyssa Tai ("Plaintiff") filed a Complaint with this Court on November 30, 2020. Dkt. No. 1.

3. On January 8, 2021, Equinix received a copy of the Complaint and an undated Notice of a Lawsuit and Request to Waive Service of a Summon from Plaintiff.

4. Through counsel, Equinix agreed to waive service and sent Plaintiff an executed Waiver of Service form on January 20, 2021.

5. Based on the foregoing and pursuant to Fed. R. Civ. P. 4(d)(3), Equinix's deadline to respond to Plaintiff's Complaint is no earlier than March 8, 2021.

6. On February 25, 2021, Plaintiff filed with the Court a Request for Dismissal of Defendants, specifying that "Only Facebook and Equinix is being dismiss [*sic*] at this time." Dkt. No. 17. Plaintiff, however, submitted the Request for Dismissal of Defendants using the California state court form template (CIV-110, Rev. January 1, 2013). *See id.*

7. On March 2, 2021, Jay Rapaport, Esq., counsel for Facebook, Inc. ("Facebook"), emailed Plaintiff to inform her that the Request for Dismissal of Equinix and Facebook was filed using the state court form and to request that Plaintiff refile a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). A true and correct copy of Mr. Rapaport's March 2, 2021 email is attached hereto as **Exhibit 1**.

8. To date, the Court has not entered an order dismissing Equinix or Facebook from this action without prejudice in accordance with the Request for Dismissal filed by Plaintiff (*see* Dkt.

No. 17), nor has Plaintiff refiled a stipulation of dismissal with the Court pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

9. A 21-day extension of time for Equinix to file any motions or other pleadings responsive to Plaintiff's Complaint is required to allow Plaintiff additional time to correct her prior filing and refile the agreed-upon stipulation of dismissal in compliance with the Federal Rules of Civil Procedure, thus potentially saving the Court and the parties from unnecessarily expending time and resources briefing and adjudicating issues anticipated to be raised in Equinix's responsive pleading to Plaintiff's Complaint.

10. No previous time modification has been requested or granted in this action.

11. The requested extension is not anticipated to adversely impact the current schedule in this action.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on March 8, 2021, at Los Angeles, California.

           /s/ Kerri H. Sakaue
           KERRI H. SAKAUE

**From:** Jay Rapaport <jrapaport@keker.com>
**Sent:** Tuesday, March 2, 2021 12:18 PM
**To:** lisay788@yahoo.com
**Cc:** mshacham@keker.com; Ni, Chen G.; Sakaue, Kerri H.
**Subject:** RE: Tai v. Varanasi et al., No. 3:20-cv-08669-WHA (dismiss without prejudice)
**Attachments:** IMG_20210225_121244628.jpg

**EXTERNAL EMAIL; use caution with links and attachments**

Ms. Tai,

The Court has not entered a dismissal for Facebook, Mr. Zuckerberg, or Equinix. This may be because the dismissal form you filed is for state court, not federal court.

Could you please file a dismissal with the Court that states Facebook, Mr. Zuckerberg, and Equinix are voluntarily dismissed under Federal Rule of Civil Procedure 41(a)(1)(A)(i)? Alternatively, if it would be helpful, I can prepare a stipulation of dismissal for you to file under Rule 41(a)(1)(A)(ii).

Best,

Jay

---

**From:** Jay Rapaport
**Sent:** Thursday, February 25, 2021 7:33 AM
**To:** Lisa Y <lisay788@yahoo.com>
**Cc:** Matan Shacham <MShacham@keker.com>; cni@mcguirewoods.com; ksakaue@mcguirewoods.com
**Subject:** RE: Tai v. Varanasi et al., No. 3:20-cv-08669-WHA (dismiss without prejudice)

Ms. Tai:

We represent Mark Zuckerberg in addition to Facebook. We understand that you will be dismissing Mr. Zuckerberg as part of your dismissal of Facebook. Can you please confirm that is the case?

Best,

Jay

---

**From:** Lisa Y <lisay788@yahoo.com>
**Sent:** Thursday, February 25, 2021 3:56 AM
**To:** Jay Rapaport <JRapaport@keker.com>
**Cc:** Matan Shacham <MShacham@keker.com>; cni@mcguirewoods.com; ksakaue@mcguirewoods.com
**Subject:** Re: Tai v. Varanasi et al., No. 3:20-cv-08669-WHA (dismiss without prejudice)

**[EXTERNAL]**

---

Mr. Jay,

I have already filled out the mismissal form last night. I'll write to the clerk in the morning in a few hours and get back to you later morning as it is 3:45 am now.

My spiritual group feels that the Lord is guiding us to sue police, craigslist, and Indian government only at this time.

Thanks.

On Wednesday, February 24, 2021, 10:23:30 PM PST, Jay Rapaport <jrapaport@keker.com> wrote:

Ms. Tai:

Can you please confirm that you have filed the request for dismissal? Thank you.

Best,

Jay

Get Outlook for iOS

---

**From:** Lisa Y <lisay788@yahoo.com>
**Sent:** Tuesday, February 23, 2021 8:15 PM
**To:** Jay Rapaport
**Cc:** Matan Shacham; cni@mcguirewoods.com; ksakaue@mcguirewoods.com
**Subject:** Re: Tai v. Varanasi et al., No. 3:20-cv-08669-WHA (dismiss without prejudice)

**[EXTERNAL]**

---

Hi All

After our conference, I feel I should dismiss both facebook and Equinix without prejudice as you have pointed out it may be too remote a proximate cause to my S assault case.

I will submit the form to the court by this Thu. and forward you a copy later.

Thanks,

Alyssa
On Monday, February 22, 2021, 07:12:18 PM PST, Lisa Y <lisay788@yahoo.com> wrote:

After our prayer, we may dismiss you both without prejudice at this moment. But let me confirm by tomorrow. Thanks.

On Monday, February 22, 2021, 11:42:33 AM PST, Jay Rapaport <jrapaport@keker.com> wrote:

Ms. Tai,

You are of course free to review the document and consult with an attorney. We did not expect you to sign the draft today, especially since there are portions that you would need to fill in.

We should still talk today at 12:30 Pacific to go over the required topics; we look forward to talking then.

Best,

Jay

**From:** Lisa Y <lisay788@yahoo.com>
**Sent:** Monday, February 22, 2021 11:39 AM

**To:** Jay Rapaport <JRapaport@keker.com>
**Cc:** Matan Shacham <MShacham@keker.com>; cni@mcguirewoods.com
**Subject:** Re: Tai v. Varanasi et al., No. 3:20-cv-08669-WHA

**[EXTERNAL]**

Mr. Jay,

I already forward this doc. to my lawyer friends. I'm waiting for them to review. I have to get back to you on the doc.

Thanks for your understanding. Talk to you later!

Alyssa

On Monday, February 22, 2021, 10:27:05 AM PST, Jay Rapaport <jrapaport@keker.com> wrote:

Ms. Tai,

In advance of our call at 12:30, please find attached a draft joint case management statement. As you can see, we have let some blank spaces where you can fill in your position (to the extent it differs from ours). We look forward to discussing this soon.

Best,

Jay

---

**From:** Jay Rapaport
**Sent:** Sunday, February 21, 2021 12:25 PM
**To:** Lisa Y <lisay788@yahoo.com>
**Cc:** Matan Shacham <MShacham@keker.com>; Ni, Chen G. <cni@mcguirewoods.com>
**Subject:** RE: Tai v. Varanasi et al., No. 3:20-cv-08669-WHA

Ms. Tai,

I understand from one of your other emails that you are available to speak with us on Monday. Let's please plan to talk tomorrow at 12:30 p.m Pacific.

We can use the following conference line:

- Phone number: 877-699-4804
- Passcode: 689252

We'll be joined on the call by Chen Ni of the law firm McGuireWoods LLP, who represents Equinix. We will send you a draft case management conference statement for your review before our call.

Best,

Jay

---

**From:** Lisa Y <lisay788@yahoo.com>
**Sent:** Thursday, February 18, 2021 8:13 PM
**To:** Jay Rapaport <JRapaport@keker.com>
**Cc:** Matan Shacham <MShacham@keker.com>
**Subject:** Re: Tai v. Varanasi et al., No. 3:20-cv-08669-WHA

**[EXTERNAL]**

Hi Mr. Rapaport,

Thanks for getting back to me.  As I am representing myself, I need to talk to my lawyer friend first.  Let me talk to my lawyer friend and get back to you later.

The main goal is to prevent crimes from committing on the internet, not just facebook, craigslist, all internet sites.

I will pray to God to see what direction to take as well.

Thanks,

Alyssa

On Thursday, February 18, 2021, 07:03:20 PM PST, Jay Rapaport <jrapaport@keker.com> wrote:

Dear Ms. Tai:

We represent Facebook and Mark Zuckerberg in the lawsuit you have filed. The parties have a joint case management statement due a week from today. Are you available Monday afternoon to discuss the topics that must go into the joint statement? Please let us know your availability and I can set up a conference call.

For your convenience, I am also attaching a courtesy copy of Facebook's motion to dismiss, which was filed and served by mail yesterday. Please let us know if you agree to electronic service in this case going forward, which would make things easier for all involved.

Best regards,

Jay Rapaport

Exhibit 1

**Jay Rapaport**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1890
415 676 2355 direct | 415 391 5400 main
jrapaport@keker.com | vcard | keker.com

Pronouns: he, him, his

Exhibit 1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I further certify that on March 8, 2021, I caused to be served the foregoing document by Federal Express Overnight Delivery, pursuant to Local Rule 5-5, as follows:

| | |
|---|---|
| Alyssa Tai<br>70 Oneida Ave.<br>San Francisco, California 94112 | Plaintiff Pro Se |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 8, 2021, at Los Angeles, California.

/s/ Kerri H. Sakaue
Kerri H. Sakaue