1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| ALYSSA TAI, | CASE NO. 3:20-cv-08669-WHA |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT EQUINIX, INC.'S ADMINISTRATIVE MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| CHANDRA VARANASI, et al., | |
| Defendants. | |

# [PROPOSED] ORDER

The Court has reviewed Defendant Equinix, Inc.'s Administrative Motion To Extend Time to Respond to Complaint (the "Motion"). After full consideration of the written evidence and arguments submitted by the parties and the Court's records and files on this action, the Motion is hereby GRANTED, as follows:

Defendant Equinix, Inc.'s time within which to answer or otherwise serve and file any motions or other pleadings responsive to Plaintiff's Complaint in this action shall be and hereby is extended by twenty-one (21) days to and including March 29, 2021.

**IT IS SO ORDERED.**

Dated: _____          _____
                                   HON. WILLIAM H. ALSUP
                                   UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I further certify that on March 8, 2021, I caused to be served the foregoing document by Federal Express Overnight Delivery, pursuant to Local Rule 5-5, as follows:

Alyssa Tai                                                    Plaintiff Pro Se
70 Oneida Ave.
San Francisco, California 94112

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 8, 2021, at Los Angeles, California.

/s/ Kerri H. Sakaue
Kerri H. Sakaue