Civil Action No. 20-CV-08669-WHA

March 7, 2021

Dear Honorable Justice Alsup,

FILED

MAR 10 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

I pray that the Lord will use this lawsuit to bring **justice** to all that are related this cause of action and to bless and restore all sex related victims.

English is my second language; therefore, I want to write to you ahead of time about what I will be sharing on April 1 public hearing. If you have some time, please read it before the public hearing. Thanks.

The **purpose** of the lawsuit is to break the vicious cycle of sexual assault and rape occurring in America and all over the world by Indian rapists or rapists from any rape culture.

**God's critical agenda** is: (1) **release** the innocent inmates such as Ivan Teleguz and Richard Glossip immediately; (2) seek **justice** for the sex related victims.

Here is the content of this letter.

(1) God wants us to discuss about 'respect' on April 1 public hearing.
(2) U.S. Government's duty and breach of duty and its remedy
(3) Craigslist's duty and breach of duty and its remedy.
(4) India government's liability and its remedy.
(5) U.S. should help the sex related victims seek justice.
(6) Believe and worship the true God is the way to good life.
(7) May the Lord bless America.

### (1) God Wants Us to Discuss About 'Respect' on April 1 Public Hearing

I have been seeing 'respect' everyday. I feel this what God wants us to talk about. Defendant's behavior of pulling off women's clothes is an assault and sexual in nature that is why it is called sexual assault. It is fact that the defendant committed sexual assault toward the plaintiff which causes her trauma and disorientation everyday. Therefore, it should be found for the plaintiff.

### (2) U.S. Government's Duty and Breach of Duty

U.S. government should be charged with **knowledge** that India has rape culture; therefore, the workers must be given special education prior to enter into our society. It is my hope that they will all be deported. U.S. government fails to take reasonable steps to ensure that these Indian workers are not rapists. As a result, U.S. government breach duty to protect her citizen from harm by these Indian rapists. A reasonable citizen will not expect that the government will hire rapists as senior level java developers to enter into the country to work. U.S. government's breach of duty causes plaintiff actual injury.

In addition, after the plaintiff filed numerous complaints for **over one year**, the police only took the report and did not do anything about it. It will cause the defendant to think that the police don't care about them assaulting women; therefore, they will continue to assault more women.

These fact shows that U.S. government clearly breach its duty to take reasonable steps to ensure that they are not hiring rapists into the country. Furthermore, U.S. government fails to safeguard their citizen by conducting investigation and prosecution which causes the perpetrators to **continue** harming her citizen.

### (2) Craigslist's Duty and Breach of Duty

Rapists go on craigslist to find victims everyday. Craigslist should have **knowledge** but craigslist did nothing to protect other users from the rapists or the criminals.

#### I Want Everyone to Answer to His Crime

Because craigslist keeps everyone anonymous, no one is answering to their crimes and offenses. I want everyone online to answer to his crimes.

#### What Craigslist Should Do

There are things craigslist can do to prevent criminals from hurting others.

1. Before obtaining any information, the users have to sign-in just like facebook, so the users can be easily tracked down.

   In doing so, the criminals fear being exposed will **refrain** themselves from committing crimes and offenses.

   For example, the rapists go on craigslist to look for women to rape. If they know that they are logging into their account, they will be more cautious about violating anyone because they will be afraid that their personal information is being exposed.

   Currently, any rapists can invite a girl out for lunch or claim wanting to show her about investment or showing her an apartment, and rape her. The girl then doesn't know who is the one that violates them. Even the girl reports to the police, the police will not know what to do. As a result, these rapists keep raping one girl after another. Just like in my case.

### (4) India Government's Liability

India government should stop using excuses that their culture is rape culture to excuse their citizen's action. They must worship the true God, the trinity God, Father, Son, and the Holy Spirit to give rape devil no space to have a stronghold on their citizen.

India government is clearly liable for their citizen committing atrocity of sexual crimes all over the world.  As such, India government should pay compensation to her victims accordingly.

### (5)  Currently There Is No Justice for the Sex Related Victims in America

I am aware that most women that are being violated never get any justices.  For example, if they, like I, file police report and the police didn't take any action.  They will have **no way** of getting any justice.

While I was seeking a lawyer, no lawyer will represent me.  These are what the lawyers are seeking:

The lawyers want: (1) an actual rape case with (2) hospital report and (3) criminal charge of the defendants.

In addition, the lawyers seek defendant with at least $300,000 in cash or they think they are wasting their time.  It is safe to say if one didn't get rape by Kobe Byrant or sexual assault by Luke Walton, there is **no case**.

Almost no one can meet these criteria.

### An Organization that Can Sue for Sex Related Victims

I want a justice organization that helps women to sue for sexual offenses.  For example, women who are being sexually assaulted, the first thing they want to do is to take a shower.  Women will feel shame and embarrassing to go to the hospital to get any kind of sexual assault or rape kit.

I want an organization can sue for sex victims without sexual assault or rape kit just like in my case.  Simply prove disrespect that is sexual in nature, and the victim can be compensated and restore as much as possible.

I have witnessed over years so many women being rape and didn't go to the hospital for examination and never get any justice.  In addition, they don't know the names of the person or people who rape them.

Without justice, sex victim will feel not being vindicated and not satisfying.  Therefore, we must have an organization that will sue for sex related victims so they can receive healing and be restore as much as possible back into their lives to move on.

### Worship the True God

Believe and worship the true God is the key to live a healthy, law-abiding, happy life.

### May the Lord Bless America

**CIV-110**

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO: | FOR COURT USE ONLY |
|---|---|---|
| NAME: Alyssa Tai | | |
| FIRM NAME: | | |
| STREET ADDRESS: 70 Oneida Ave | | |
| CITY: San Francisco    STATE: CA    ZIP CODE: 94112 | | |
| TELEPHONE NO.:    FAX NO.: | | |
| E-MAIL ADDRESS: lisay788@yahoo.com | | |
| ATTORNEY FOR (Name): | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Northern California Federal District Court

Plaintiff/Petitioner: Alyssa Tai
Defendant/Respondent: Facebook Owner, Mark Zuckerberg

**REQUEST FOR DISMISSAL**

CASE NUMBER: 20-CV-08669-WHA

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.

This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) ☐ With prejudice    (2) ☒ Without prejudice
   b. (1) ☐ Complaint    (2) ☐ Petition
      (3) ☐ Cross-complaint filed by (name):                          on (date):
      (4) ☐ Cross-complaint filed by (name):                          on (date):
      (5) ☐ Entire action of all parties and all causes of action
      (6) ☐ Other (specify):*

2. (Complete in all cases except family law cases.)
   The court ☐ did ☐ did not waive court fees and costs for a party in this case. (This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).

Date: 2/25/2021, 3/6/2021

Alyssa Tai
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☒ PARTY WITHOUT ATTORNEY)

(SIGNATURE)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
☐ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross Complainant

3. **TO THE CLERK:** Consent to the above dismissal is hereby given.**

Date:

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

(SIGNATURE)

** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
☐ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross Complainant

(To be completed by clerk)
4. ☐ Dismissal entered as requested on (date):
5. ☐ Dismissal entered on (date):                as to only (name):
6. ☐ Dismissal **not entered** as requested for the following reasons (specify):

7. a. ☐ Attorney or party without attorney notified on (date):
   b. ☐ Attorney or party without attorney not notified. Filing party failed to provide
      ☐ a copy to be conformed    ☐ means to return conformed copy

Date:                Clerk, by _____, Deputy

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. Jan. 1, 2013]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.; Gov. Code,
§ 68637(c); Cal. Rules of Court, rule 3.1390
www.courts.ca.gov

March 7, 2021

Dear Honorable Justice Alsup,

I feel I owe you an explanation of why I dismiss facebook and Equinix without prejudice.

### The Reason Why I Dismiss Facebook and Equinix Without Prejudice

The reason that I dismiss facebook and Equinix without prejudice is that after I and my spiritual advisors pray to the Lord, we feel spiritual resistance. Therefore, I decide to dismiss them without prejudice. Thank you.

Sincerely,

Alyssa Tai

J.D. in Law

Alyssa Tai
70 Oneida Ave
SF, CA 94112




U.S. POSTAGE PAID
FCM LG ENV
SAN FRANCISCO, CA
94112
MAR 08, 21
AMOUNT
$1.40
R2304E104820-18

Court Clerk
450 Golden Gate Avenue
San Francisco, CA 94102

**RECEIVED**
MAR 10 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

