KEKER, VAN NEST & PETERS LLP
MATAN SHACHAM - # 262348
mshacham@keker.com
JAY RAPAPORT - # 281964
jrapaport@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendants
FACEBOOK, INC. and MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALYSSA TAI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHANDRA VARANASI, et al.,<br><br>　　　　Defendants. | Case No. 3:20-cv-08669-WHA<br><br>**DEFENDANT MARK ZUCKERBERG'S STATEMENT WITH RESPECT TO DISMISSAL**<br><br>Date Filed: November 30, 2020<br>Trial Date: None set |

Defendant Mark Zuckerberg respectfully files this statement to alert the Court that this action nominally remains pending against him and request that he be dismissed.

Although Plaintiff's complaint contains no allegations as to Mr. Zuckerberg, it does name him as a defendant. Mr. Zuckerberg therefore moved to dismiss the complaint against him. ECF No. 10. Plaintiff did not oppose the motion to dismiss. In fact, Plaintiff has told Mr. Zuckerberg's counsel that she wishes to dismiss Mr. Zuckerberg voluntarily. *See* Attachment 1 ("I already submit the court doc. to dismiss Mark."). Plaintiff's March 10 letter to the Court—while irregular in form—appears intended to achieve that purpose. *See* ECF No. 19 at 4 (state-court request for dismissal form identifying "Facebook Owner[] Mark Zuckerberg" as defendant).

Accordingly, Mr. Zuckerberg respectfully requests that dismissal be entered as to him, either pursuant to Plaintiff's March 10 request for dismissal or on the ground that his motion to dismiss is unopposed, and that the motion to dismiss hearing set for April 1 be taken off-calendar.

Dated: March 23, 2021                                   KEKER, VAN NEST & PETERS LLP

By:   */s/ Jay Rapaport*
      MATAN SHACHAM
      JAY RAPAPORT

      Attorneys for Defendants
      FACEBOOK, INC. and MARK
      ZUCKERBERG

# ATTACHMENT 1

## Jay Rapaport

| | |
|---|---|
| **From:** | Lisa Y <lisay788@yahoo.com> |
| **Sent:** | Monday, March 8, 2021 5:43 PM |
| **To:** | Jay Rapaport |
| **Subject:** | Re: Thank you! |

**[EXTERNAL]**

Mr. Jay,

I already submit the court doc. to dismiss Mark.  Plz wait a few days for the court to update.  I also contacted the court clerk last week already.

I have no time to sue so many Ds.  As you can see I have 10 Ds file for motion to dismiss.

Sincerely,

Alyssa

On Monday, March 8, 2021, 09:55:50 AM PST, Jay Rapaport <jrapaport@keker.com> wrote:


Ms. Tai:


Would you please let us know where we are on the dismissal of Mark Zuckerberg? Thank you.


Best,


Jay


**From:** Lisa Y <lisay788@yahoo.com>
**Sent:** Tuesday, March 2, 2021 11:40 AM
**To:** Jay Rapaport <JRapaport@keker.com>
**Subject:** Re: Thank you!


**[EXTERNAL]**

I got you!  I will prepare court paper and drop off this week.

1

On Tuesday, March 2, 2021, 11:23:59 AM PST, Jay Rapaport <jrapaport@keker.com> wrote:

Ms. Tai,

Thank you, and I understand that position. However, if you don't tell the Court that you want Mr. Zuckerberg dismissed, he may remain as a defendant in the lawsuit.

Please tell the Court that you wish to dismiss Mr. Zuckerberg in addition to dismissing Facebook. If you do not wish to do so, we should discuss the matter further.

Jay

---

**From:** Lisa Y <lisay788@yahoo.com>
**Sent:** Tuesday, March 2, 2021 11:22 AM
**To:** Jay Rapaport <JRapaport@keker.com>
**Subject:** Re: Thank you!

**[EXTERNAL]**

---

Mr. Jay,

I understand you represent facebook.

After our prayer, I feel I don't have time to fight so many defendants. My spiritual advisors think it's better for me not to engage so many defendants and to let go and relief defendants that are more remote in proximate cause.

Thanks.

2

Alyssa

On Tuesday, March 2, 2021, 11:10:45 AM PST, Jay Rapaport <jrapaport@keker.com> wrote:

Thank you, Ms. Tai. As I've noted a before, we also represent Mark Zuckerberg, and request that you inform the Court he will be dismissed as well.

If you do not plan on dismissing Mr. Zuckerberg, please let us know so we can discuss further.

Best,

Jay

**From:** Lisa Y <lisay788@yahoo.com>
**Sent:** Tuesday, March 2, 2021 11:09 AM
**To:** Jay Rapaport <JRapaport@keker.com>
**Subject:** Fw: Thank you!

**[EXTERNAL]**

FYI.

Mr. Mark understands facebook and Equinix are being dismissed without prejudice at this time.

3

----- Forwarded Message -----

**From:** Lisa Y <lisay788@yahoo.com>

**To:** Mark Romyn <mark_romyn@cand.uscourts.gov>

**Sent:** Monday, March 1, 2021, 10:33:10 AM PST

**Subject:** Re: Thank you!


Mr. Mark,


Thank you as always.


Sincerely,


Alyssa


On Monday, March 1, 2021, 08:40:48 AM PST, Mark Romyn <mark_romyn@cand.uscourts.gov> wrote:


Understood on defendants and not dismissing case.

The case management time got moved by chambers: See Below:

| 02/26/2021 | view16 | CLERK'S NOTICE CONTINUING INITIAL CASE MANAGEMENT CONFERENCE. The Initial Case Management Conference set for 3/4/2021 is continued to **4/1/2021 at 08:00 AM** before Judge William Alsup, to be held in conjunction with the Motion Hearing as to 10 Motion to Dismiss.<br><br>This proceeding will be held by AT&T Conference Line. The court circulates the following conference number to allow the equivalent of a public hearing by telephone.<br><br>For conference line information, see: https://apps.cand.uscourts.gov/telhrg/<br><br>All counsel, members of the public and press please use the following dial-in information below to access the conference line: |

| | | |
|---|---|---|
| | | Dial In: (888) 684-8852 |
| | | Access Code: 3707514 |
| | | The Court may be in session with proceedings in progress when you connect to the conference line. Therefore, mute your phone if possible and wait for the Court to address you before speaking on the line. For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines. |
| | | PLEASE NOTE: Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited. See General Order 58 at Paragraph III. |
| | | *(This is a text-only entry generated by the court. There is no document associated with this entry.)*(amd2S, COURT STAFF) (Filed on 2/26/2021) |
| | | Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF) |
| | | (Entered: 02/26/2021) |

**From:** Lisa Y <lisay788@yahoo.com>
**Sent:** Saturday, February 27, 2021 10:51 PM
**To:** Mark Romyn <Mark_Romyn@cand.uscourts.gov>
**Subject:** I don't see March 4 schedule

**CAUTION - EXTERNAL:**

Hi Mark,

I don't see my case schedule on Justice Alsup's calendar at 11:00am?  I was only dismissing 2 defendants without prejudice but not the entire case.  Plz advice.

Thanks,

5

Alyssa

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On **March 23, 2021**, I served the following document(s):

> **DEFENDANT MARK ZUCKERBERG'S STATEMENT WITH RESPECT TO DISMISSAL**

☑ by regular **UNITED STATES MAIL** by placing Copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker, Van Nest & Peters LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

Alyssa Tai
70 Oneida Ave.
San Francisco, CA 94112
415-937-2990
*PRO SE*

Executed on **March 23, 2021**, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Dawn Curran (dcurran@keker.com)