United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALYSSA TAI,

    Plaintiff,

  v.

CHANDRA VARANASI, et al.,

    Defendants.

No. C 20-08669 WHA

**ORDER RE NOTICE OF DISMISSAL**

Defendant Facebook has filed a Rule 12 motion to dismiss, but not answered the action. Defendant Equinix has neither answered nor filed a motion. Pursuant to Rule 41, plaintiff may voluntarily dismiss the action prior to a Rule 56 motion or an answer. Plaintiff has done so, albeit in an irregular form (Dkt. 17). The Court views the actions against Facebook, Mark Zuckerberg, and Equinix as **DISMISSED**.

**IT IS SO ORDERED.**

Dated: March 23, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE