FILED

APR 01 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

SCANNED

Civil Action No. 20-CV-08669-WHA

**March 30, 2021**

**Dear Honorable Justice Alsup,**

**Hollywood Sex Culture Is A Lie**

Hollywood promoting sex as pleasurable; however, in reality, sex outside of marriage is a double suicide of body and soul. Hollywood the extra L meaning it is a lie not truth or reality.

As a result of the Hollywood sex culture and the popular porn, the Indian rapist, D, says that all women should enjoy being rape and he will help them by raping them.

In sum, the Hollywood sex culture has causing so much sexual assault resulting in physical and soul murder of the women worldwide.

**Women Don't Want to Have Sex**

Any normal women don't want sex even during marriage. The portray of women seeking sex is a fantasy not a reality. Men should know.

**Recently, I Dream that I Committed Suicide Twice**

Recently, I dream that I committed suicide twice. I interpret as follows:

(1) I experience so much pain I want to end my life twice.
(2) I experience double pain of physical pain and pain of the spirit or the soul.
(3) Sexual assault constitutes double murder of body and soul.

**Yesterday, I Saw A Vision of the Justice Helping Me Against the Serial Rapists**

Yesterday, as I was doing my devotion of Bible study, I saw a vision of the Justice assisting me in fighting against the serial rapists. Therefore, I reasonably believe that the Justice will help me as a result all women in the world will be liberated.

**Prophet Sansom Told Me to Put A Scissor on Top of My Lawsuit**

Prophet Sansom told me to put a scissor on top of my lawsuit to pray for the victory of my lawsuit. I interpret it as follows:

(1) God wants to cut off the injustice and to perform justice.
(2) God wants to liberate women from bondage of sex culture.
(3) God wants to cut off the unjust lawmakers and law enforcers.

### Prophet Timothy Prophecy that I will Receive Some Significant Award While Wearing A Blue Dress

Over three years ago, prophet Timothy saw in a vision I was wearing a blue dress making a public speech. Because blue signifies justice, it has some bearing on helping women getting justice.

### Women Don't Get Justice In Our Country

All women that make a sexual assault report should have at least a criminal hearing. However, in our country, the police dismiss their report as insignificant. It is **not** up to the **police** to decide if the case is worth a hearing or not.

In P's case, her case was never investigated nor any hearing was scheduled.

I **demand** all sexual assault report given a hearing no matter what. The sex abusers are so crafty as not to leave any trace of sexual abuse.

### Sexual Assault Should Be Categorized as Murder Does First Degree and Second Degree

!st Degree Sexual Assault: (1) It consists of premeditation and deliberation of the sexual assault.

(2) There is a substantial step taking such as carrying out the plan.

(3) There is execution of the plan to sexual assault the target.

2nd Degree: Without premeditation and deliberation but consists of heat of passion just like the manslaughter.

1st Degree Sexual Assault:

Think about the Weinstein's cases, in most cases, D target a victim and comes up with a plan to sexual assault the target just like in the murder case. It is 1st degree sexual assault. Sexual assault should be treated very seriously parallel to that of murder or even more so as double murder.

Weinstein's sex abuse case is just the **tip** of the iceberg of the sex dilemma in the U.S. or all over the world. Unless the woman or the D is famous, women have no face and they receive no justice. As in P's case, after she cries out for over one year no one pays any attention to her besides telling her to go away don't bother them.

It needs to change today. All woman is entitle to at least a court hearing, no matter what. We need to set new standards.

### God Wants to Liberate All Women From Sexual Abuse

Finally, I believe God wants to liberate women worldwide from being sexual harassment, sexual assault, rape because it is parallel of the murder of soul and body. Women has right not to be touched if they don't want to be touched. It is an inherent human and federal right. Men should respect and keep proper boundaries and vise versa. May the Lord bless America.



SAN FRANCISCO CA 940
30 MAR 2021 PM 2 L

Honorable
Attn: Justice Alsup #20-CV-08667-WHA
450 Golden Gate Ave.
SF, CA 94102

**RECEIVED**
APR 01 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Alyssa Tai
70 Oneida Ave.
SF CA 94112