Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Northern California

Division

**FILED**

MAY 06 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Alyssa Tai

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Chandra Varanasi & His Rapist friends & craigslist & Equinix & United States Criminal Justice System (Reinstate Lawsuit Against Equinix)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )

Case No.   Civil Action No. 20-CV-08669-WHA
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☐ Yes   ☒ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | (Alyssa Tai |
| Street Address | 70 Oneida Ave |
| City and County | San Francisco |
| State and Zip Code | CA |
| Telephone Number | 415 937 2990 |
| E-mail Address | lisay788@yahoo.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Chandra Varanasi |
| Job or Title *(if known)* | |
| Street Address | 165 Aurora Plz |
| City and County | Union City |
| State and Zip Code | CA 94587 |
| Telephone Number | 804 928 2996, 415 320 2299 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Craig Newmark |
| Job or Title *(if known)* | Owner of Craigslist |
| Street Address | 1381 9th Ave |
| City and County | San Francisco, |
| State and Zip Code | California, 94122 |
| Telephone Number | (415) 566-6394 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Harvey Spevak (Equinix) |
| Job or Title *(if known)* | Owner of Equinix |
| Street Address | 1 Lagoon Dr, |
| City and County | Redwood City |
| State and Zip Code | CA 94065 |
| Telephone Number | (650) 598-6000 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question        ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

It is a violation of the United States Constitution that the defendant(s) intentionally sexual assault women at the Silicon Valley for pleasure and declaring free country free rape.

It violates the U.S. Constitution that all people are created equal and must be treated with respect.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   
   The plaintiff, *(name)* Alyssa Tai, is a citizen of the State of *(name)* United States

   b. If the plaintiff is a corporation
   
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____
   and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

        The defendant, *(name)* _____, is a citizen of
        the State of *(name)* _____. Or is a citizen of
        *(foreign nation)* _____.

    b.    If the defendant is a corporation
        The defendant, *(name)* Equinix, is incorporated under
        the laws of the State of *(name)* California, and has its
        principal place of business in the State of *(name)* California
        Or is incorporated under the laws of *(foreign nation)* _____
        and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

1.. $2,000,000,000  The defendant hires a group of Indian rapists and support them in the bay area with 6 figures of income at least in 2019.  During these time the rapists rape countless women at the Silicon Valley.  But for the Defendant's reckless hiring, the Plaintiff would not have suffered physical, emotional and monetary damages such as inability to keep regular work hours and constant pain and suffering of being sexually assaulted and constantly wanting to revenge by killing the Defendant.

2. At least $1,000,000 goes to victim compensation fund for the victims that comes forth to claim the damage.

### III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Equinix reckless negligently hires a group of Indian rapists as software engineers. Defendant Rama (Chandra) Varanasi claims he works for a reputable Equinix company and was compensated a 6 figure income inducing people to think that he is a normal reasonable person. As such, he ursurps the opportunity to attempt to sexual assault me and other women. But for Equinix's reckless hiring of these group of Indian rapists I and countless women will not be suffering life long trauma of emotional pain and suffering.

Equnix actively denied that they hire Defendant rapist. However, Plaintiff found out Defendant Chandra Varanasi still works at Equinix as of year 2021 but just use his other name, Rama Varanasi, instead. Equnix fails to investigate Defendant rapist and continue to hire and support his criminal activities which constitutes justice obstruction. But for Equinix's continute hiring, Defendant's working visa already expired at the end of 2020 and he would have been deported back to India. Defendant would not have been a sex criminal in the states.

Equinix seeks financial gain over social justice which causes social disorder. Companies which support criminals and its activities should be fined by the government as well in addition to paying compensation to its victim.

P does not want any companies to think that they can get away in hiring criminals for financial gain without getting punished. Since D rapist has been with the company for over 10 years; therefore, all Equinix gain which derived from the D rapist should be disgorged and be given to the P. In addition, in order to prevent Equinix from hiring more rapists, Equinix is to pay punitive damage to P.

Previously, P was seeking $1,000,000,000 damage but Equinix still continues to hire D rapist, it means they think $1 billion is immaterial to them. As such damage of $2 billion dollars should help them to stop hiring D rapist and more rapists into the country.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. $2,000,000,000 since the Defendant recklessly hires a group of rapists as software engineers to commit felony and didn't properly train them to conduct themselves reasonably.

2. Injunction that the company must be more causious and monitor the Indian employees more strictly because they are more likely to have character issues and criminal propensity. The company should provide moral and ethical classes to train them to conduct themselves reasonably.

3. Injunction that the company has to let go of the named Indian rapist employees and deport them back to India and cease to hire Indian rapists for financial gain.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/03/2021

Signature of Plaintiff

Printed Name of Plaintiff   Alyssa Tai

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address



Alyssa Tai
70 Oneida Ave.
SF, CA 94112

US District Court Clerk
450 Golden Gate Ave
San Francisco, CA 94102

Civil Act No. 20-cv-08669-WHA
Tai vs Varanasi

RECEIVED
MAY 06 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Case 3:20-cv-08669-WHA   Document 26   Filed 05/06/21   Page 8 of 8