Civil Action No.:  20-CV-08669-WHA

May 3rd, 2021

RECEIVED

MAY 07 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Honorable Justice Alsup,

The Lord has continued to show me dreams and vision regarding this case.  In addition, I have included some other related cases that may also be helpful to support this case.  Please study it with **discretion** because it also involves with interpretation that suits P but it may not suit you.  I trust that the Lord has also been communicating with you and you will deliver a just judgment given by the Lord.

### Our Internet Sites Should Be Responsible or Partial Responsible for The Crimes Committed on Their Sites:  Craigslist

Countless people have complaint to me that they have been defraud of money on craigslist.  Here are some of them.

**NBA tickets**: defraud $4,000  Foreigners use craigslist to defraud U.S. citizen money on craigslist.

**Rental Section**:  Ask for deposit but the posts are fraud

**Rental Section**:  Offer to give inexpensive rent in order to sexual assault women.  Of course, they all know the police will dismiss all sexual assault complaints.

Currently, craigslist doesn't take any complaint unless it is a formal lawsuit.  Any regular citizen will have difficulty getting through them.  That is how they are getting away with a lot of liabilities.

Applying to my case, the D rapist was looking for sexual partners.  However, P was repulsed by that and told that D rapist that he will be executed for committing this kind of federal felony.  However, D laughs saying that everyone knows in America rapists can rape anyone without any consequence because the police will dismiss all sex related cases.

### Men Set Up Sexual Assault Law to Protect Themselves While Women Suffer from It

Men set up this sexual assault law to protect themselves.  In America, there is no **death** penalty for any sex related crimes.  As a result, the evil men think that they have no risk to rape all American women.   There should be death penalty given to the rapist, not giving them death penalty is cruelty to women.

### God Showed P that She Already Won This Lawsuit Through Dream and Vision

In late April, P had a dream.  A black man came with a dozen of Winchell donuts to share with P.  The black man repeatedly saying, this is **Winchell** donuts.

**Explanation**:  The explanation of this dream is that through this lawsuit, God will deliver people who are oppressed such as blacks, women, etc.  The black man repeated saying, this is Winchell donuts meaning that P has already **WON** this case and the oppressed people are celebrating with the P.  Donuts also means to tell P don't worry.

**D Premediated and Deliberated To Sexual Assault Women**

Weeks before the actual sexual assault event, the Lord has instructed P that D **device** to sexual assault P.  Therefore, P repeatedly told D that they were just friends and not more.  On the alleged day, D **harassed** P and **coerce** P to lunch with him saying he needed someone to talk to.  Because P was **critically sick**, P demanded that she be sent home right after the lunch as P didn't have a car at that time.  P repeatedly ask D not to involve any kind of **sexual activities**.  D promised just to have lunch together.  However, D refused to drive P **home** afterwards and false imprisoned P to sexual assault her. P suffers trauma every day since September 2019 until today.   For years, D and all his friends have been raping women everyday, as D puts it.  The police is helping them dismiss all sexual assault complaints. Subsequently, D threatens to put P in jail because she is causing them trouble in their words.  These Indian rapists should all be deported immediately.  Why are they still here?  The companies are too greedy and they have overlooked the damage they have done to women in the bay area even in the United States.

**Justice System Must Be Reformed**

**Civil Court Corruption: Santa Clara Civil Case Bribery of the Justice and Lawyers**

I remember years ago prior to 2012, a case at Santa Clara where the president sent us FBI to investigate.  However, because both the justice and the lawyers were accepting bribery, the court refuse to open the case for FBI to investigate.  It is related to a Real Estate scam which over 26 victims were involved.  They were all defraud of their property and homes and even end up having to pay the scammer money damage.  According to what I know, it is a Taiwanese scammer who involves real estate agents, lawyers, justices to defraud victims of the property and homes through fraudulent signatures.

**Family Court Unfairness**

Years ago, the Lord instructed me to write to the Supreme Court Justices that the family law is too outdated as to favor men over women and it needs to be reviewed and revised.  After I wrote to the justices, some of my friends had won their court cases and was able to see and visit their children. Therefore, there was some victory won over family court.

**Criminal Court System is Too Corrupted**

As I had mentioned that the criminal court system is too corrupted.  Many innocent people are imprisoned and even on death penalty and their voice is not being heard.  The Lord is very concerned about their welfare.  For example, I wrote for Ronnie Long for over 7 years before he was being released after 4 decades of imprisonment for crimes that he had never committed.  Currently, **Richard Glossip** is still on **death row** and **Ivan Teleguz** on life imprisonment.  The Lord demands that they be released as soon as possible and compensation being paid to their suffering.  Countless innocent inmate are still in prison praying everyday to the Lord to help releasing them.  My pastor says that we are to help the Lord to give them justice by releasing and compensate them accordingly.

**Apps to Report Crimes Especially Sexual Assault Crimes and for the Innocent Inmates to have a Voice**

I suggest 2 apps being developed: (1) sexual assault (2) innocent inmates.

### Sexual Assault is Soul Murder to Women

Sexual assault to women is like being murdered that is why it was so traumatizing.  It is like someone attempted to murder you and short of being murdered.  For men, It is like someone sitting on your head overnight and you were suffocated to near death.  Unless a woman had this kind of experience, it is hard to understand and even to describe it.  The Lord also show me that it is like someone stabs your heart with a knife.  Even though over time you heal a little, the scar is still there.  I have suffered at least three sexual assault and this time being the most serious.  It is very prevalent in the society and has not been taken seriously.

### Companies that Hire These Serial Rapists Should Be Punished

I want all the companies to be cautious not to hire or support serial rapists.  Since 2020 January, I already filed complaint to Equinix but they still continue to hire D rapist.  In April, I filed complaint to LinkedIn but they just blocked me instead.  Craigslist also gave no response.  I found out all the companies deal with it by shutting the voice of the victim and not acknowledge them.  As such the criminals are not being prosecuted.

**If There Is An Assault And Battery Case The Police Will Respond Immediately Why Not Sexual Assault and Battery?**

If there is an assault and battery case the police will respond immediately by arresting the criminals.  However, the police dismiss all sexual assault cases unless it involves high profile individuals.  Sexual assault cases are a lot more serious and it is a crime against a person and the soul.  Our country should take it more seriously.  In India, there is death penalty for rapist.  In America, there should also be death penalty.  A man can rape all the American women without having to worry about death penalty.  It is just a self-made law by men to benefit themselves.  These kinds of law must be made by the sex related victim.  Only they understand the impact that have on them.

### Summary

In sum, I suggest apps being developed because after I file sexual assault complaint for over a year, no one respond to me in a meaningful way.  Therefore, we need to take sex related crimes seriously before it can dominant the society.  There are at least two apps that I suggest the government to develop: (1) sexual assault; (2) innocent inmates; maybe subsequently for (3) family court; (4) civil court.  For any sexual assault victim, they must be given a **court day** unless they refuse to go on court.  They must be assisted to file sue because even I graduated from law school years ago, I still have some difficulty filing civil sue but criminal sue I was being ignored and not being acknowledged which the government has failed countless women and me as well.  However, the Lord wants all victims' voice and groan be heard and be acknowledged.  All justice should be served on the land of America.

SAN FRANCISCO CA  940

5 MAY 2021   PM 5  L

RECEIVED

MAY 07 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Attn: Justice Alsup

US District Court Clerk

450 Golden Gate Ave

San Francisco, CA

94102-348999

Alyssa Tri
70 Oneida Ave.
SF CA 94112