August 4th, 2021

Dear Justice Alsup,

I need a lawyer as I don't understand the procedure issues but no one is willing to represent me because they all say unless I or the defendant is high profile individual we will have no case.  Please appoint me a pro bono lawyer.

Thanks,

Plaintiff, Alyssa Tai

20-cv-08669-WHA

Tai vs. Varanasi

FILED

AUG 05 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

SAN FRANCISCO CA  940

4 AUG 2021   PM 3   L

Attn : Justice Alsup.

450 Golden Gate Ave

S F, CA  94102

Tai vs. Varanasi

Alyssa Tai
70 Oneida Ave.
SF CA 94112

94102-346021

