UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALYSSA TAI,

      Plaintiff,

  v.

CHANDRA VARANASI, et al.,

      Defendants.

No. C 20-08669 WHA

**ORDER RE REQUEST FOR APPOINTMENT OF COUNSEL**

The Court has reviewed the first and second amended complaints and will not appoint a lawyer. That request is **DENIED**. Ms. Tai will be responsible for prosecuting the case if she wishes to maintain it.

**IT IS SO ORDERED.**

Dated: August 12, 2021.

/s/ William Alsup

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE