AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California ▼

| | |
|---|---|
| **Alyssa Tai** <br><br> *Plaintiff(s)* <br> v. <br> **Chandra Rama Varanasi** <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 20-CV-08669-WHA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Chandra Rama Varanasi
Sexual Assault Offender
c/o Microsoft Azure Technology

1045 La Avenida St, Mountain View CA 94043


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Alyssa Tai
70 Oneida Ave
San Francisco, CA 94112


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date:    09/01/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-CV-08669-WHA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*

   on *(date)*   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

   , a person of suitable age and discretion who resides there,

on *(date)*   , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*   , who is

designated by law to accept service of process on behalf of *(name of organization)*

   on *(date)*   ; or

☐ I returned the summons unexecuted because   ; or

☒ Other *(specify)*: I email to vrchendrakanth@gmail.com.

My fees are $ 5 for travel and $   for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 9/1/21

*Server's signature*

EDUARDO SANCHEZ
*Printed name and title*

4830 MISSION ST, SF CA 94112
*Server's address*

Additional information regarding attempted service, etc:

I'll hire a process service later as well. When I have more $. Maybe later this week or next week. Thanks. Alyssa Tei

Alyssa Tai
70 Oneida Ave
SF CA 94112

Federal Civil Court (District Court)

Attn: Justice Alsup c/o Court Clerk

450 Golden Gate Ave.
San Francisco, CA 94102

U.S. MARSHALS SERVICE
INSPECTED BY
SEP 02 2021

RECEIVED
SEP 02 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA



Retail
UNITED STATES POSTAL SERVICE
US POSTAGE PAID
$7.70
Origin: 94112
09/01/21
0568120036-85
PRIORITY MAIL 1-DAY®
0 Lb 0.90 Oz
1005
C004
EXPECTED DELIVERY DAY: 09/02/21
SHIP TO:
450 GOLDEN GATE AVE
San Francisco CA 94102-3661
USPS TRACKING® #
9505 5138 1687 1244 4721 72