Alyssa Tai
70 Oneida Avenue
San Francisco, California 94112
(415) 937-2990

FILED
NOV 23 2021
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALYSSA TAI,

    Plaintiff,

v.

CHANDRA VERANASI, et al.,
    Defendants.

No. C 20-08669 WHA

MOTION FOR
SUMMARY JUDGMENT

### MOTION FOR SUMMARY JUDGMENT

Plaintiff Alyssa Tai moves the court pursuant to Federal Rule of Civil Procedure 56

Alyssa Tai,
70 Oneida Avenue
San Francisco, California 94112

(415) 937-2990

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALYSSA TAI,

    Plaintiff,

v.

CHANDRA VERANASI, et al.,
    Defendants.

No. C 20-08669 WHA

**MEMORANDUM FOR SUMMARY JUDGMENT**

## MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Plaintiff Alyssa Tai makes the following arguments citing persuasive authority.

Plaintiff, ALYSSA TAI moves this Court for an order granting final summary judgment in her favor and against Defendant, CHANDRA RAMA VARANASI (CV), and offers the following in support of this Motion:

## Undisputed Facts

### Defendant Harassed Plaintiff to Have Lunch Together

1. In September 2019, Defendant **harassed** Plaintiff and invited Plaintiff to lunch. Plaintiff was so sick of Defendant's constant harassment and agreed just to have lunch and no sexual contact of any form. In addition, to give Defendant **$100 cash** because Defendant claimed that he had no cash to fix his car.

### Defendant Attacked Plaintiff After Lunch

2. After lunch, Defendant jumped on Plaintiff which overcame Plaintiff and pulled Plaintiff's clothes off. Subsequently, attempted to pull off Plaintiff's underpants several times while Plaintiff complaint that she is about to die which caused Plaintiff to pass out. As a result, Plaintiff suffer physical and **permanent emotional trauma** which includes **murderous rage** and **suicidal ideation** and **constant pain and suffering** comparable to **dying 1 million times**. As a result, Plaintiff asked God to murder at least **1 million** Indians. It causes plaintiff to be **laid off** because her manager said that Plaintiff suffers emotional disturbance, and subsequently she quitted her job. Plaintiff constantly afraid Defendant and his gang would seek her out to kill her because they are violent Federal felons.

### Plaintiff Didn't Want to Be Touched

3. Because Plaintiff told Defendant that she doesn't like to be touched if Defendant touched her, she would sue him to **confiscate all his property** and request **deportation him back to India.**

### Defendant Violates Their Oral Contract of Not Touching

4. Since Defendant violates their **oral contract** of not touching Plaintiff, Plaintiff should be awarded all D's property as damage and D should be **deported** back to India immediately.

### Defendant Admits to Plaintiff That He is A Serial Rapist

5. Subsequently, Defendant told Plaintiff that Defendant has been **raping women** all over the San Jose Bay area, especially targeting **Chinese women** because they are easy target and get away for years. These women have been reporting to the police, but the police fail to document any sexual assault incidents which causes countless women being sexual assaulted by these Indian federal felons subsequently.

### Defendant Continues to Harass Plaintiff Wanting to Rape Plaintiff Victim

6. For the following few weeks, Defendant continues to create countless facebook accounts, one of them pretended to be a **pastor** texting, and attempting to convince Plaintiff that not having sex is wrong.

### Defendant Violates California Penal Code of Sexual Assault

According to California Penal Code 263.1, Defendant violates Plaintiff and is subject to criminal punishment and can also subject to civil punishment. Because Plaintiff told Defendant that she has **never been intimate** with any man and is not interested in any form of sexual activity, and if Defendant touched her, she would **kill** him. Therefore, there was **never consent**. In sum, Defendant intentionally sexual assault countless American women for pleasure because there is no death penalty associates with sexual assault in the states, is a wanton, reckless felony deserves to be deported if not executed.

> 263.1
> (a) The Legislature finds and declares that all forms of **nonconsensual** sexual assault may be considered **rape** for purposes of the gravity of the offense and the support of survivors.
> (b) This section is declarative of existing law.
> *(Added by Stats. 2016, Ch. 848, Sec. 1. (AB 701) Effective January 1, 2017.)*[1]

_____

https://leginfo.legislature.ca.gov/faces/codes_displayText.xhtml?lawCode=PEN&division=&title=9.&part=1.&chapter=1.&article=

## Prayer

**Plaintiff's prayer is according to their oral contract of not touching which defendant didn't object.**

1. **Confiscate all** Defendant's **property** and **transfer** them to the Plaintiff victim. Plaintiff, ALYSSA TAI, can disperse them to other victims according to her judgment.

2. States should **deport** Defendant felon and all his rapist friends and any Indian rapists back to India immediately for prosecution, so they can not continue to violate and harm other women in the states.

Respectfully submitted,

Alyssa Tai
Plaintiff Sexual Assault Victim
November 23, 2021

Alyssa Tai,
70 Oneida Avenue
San Francisco, California 94112

(415) 937-2990

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALYSSA TAI,

        Plaintiff,                                        No. C 20-08669 WHA

v.

CHANDRA VERANASI, et al.,               **AFFIDAVIT OF ALYSSA TAI**

        Defendants.

HAVING BEEN DULY SWORN AND DEPOSED, Alyssa Tai states:

1. I am the Plaintiff in the above captioned case.

2. I reside in San Francisco, California.

3. Venue lies in the Northern District of California, United States District Court.

4.

Further your AFFIANT sayeth naught.

*Alyssa Tai*, PLAINTIFF

SUBSCRIBED and SWORN Before Me
This __23__ day of November 2021

Notary Public IN and For California

My Commission Expires: __NOV. 4/2023__



ASTRID L. QUEZADA
COMM. #2308207
Notary Public - California
San Francisco County
My Comm. Expires Nov. 4, 2023